**Minutes of the United States District Court**
**Southern District of California**
**November 2, 2010**

HON. **WILLIAM V. GALLO**                                    DEPUTY CLERK: **J. YAHL**

TAPE NO. WVG: 10-10:43-10:52

10CR4246-JM        USA        vs.        BASAALY SAEED MOALIN (1)(C)(ENG) 22855298

AUSA: CARLINE HAN AND WILLIAM COLE

INITIAL APP AND ARR            VICTOR PIPPINS: FEDERAL DEFENDERS INC., S/A
ON INDICTMENT

DOA: 11/02/10
F/A: 11/02/10

GOVERNMENT ORAL MOTION TO UNSEAL INDICTMENT - GRANTED.

DEFENDANTS' FIRST APPEARANCE; DEFENDANT ARRAIGNED ON THE INDICTMENT. DEFENDANT ENTERS NOT GUILTY PLEA TO INDICTMENT.

COURT APPOINTS ATTORNEY MARC GELLER, NOT APPEARING, AS COUNSEL IN THIS CASE.

GOVERNMENT ORAL MOTION FOR DETENTION BASED ON RISK OF FLIGHT. DETENTION HEARING SET FOR 11/5/2010 9:00AM IN COURTROOM F BEFORE MAGISTRATE JUDGE WILLIAM V. GALLO.

MOTION HEARING/TRIAL SETTING SET FOR 12/3/2010 11:00AM IN COURTROOM 16 BEFORE JUDGE JEFFREY T. MILLER.

ARR:3 MIN
INIT APP: 6 MIN