LAURA E. DUFFY
United States Attorney
WILLIAM P. COLE
CAROLINE HAN
Assistant U.S. Attorneys
California State Bar Nos. 186772/250301
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7859/(619) 557-7055 (Fax)
Email: William.P.Cole@usdoj.gov
       Caroline.Han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BASAALY SAEED MOALIN (1), ) <br> MOHAMED MOHAMED MOHAMUD (2), ) <br>   aka "Mohamed Khadar" ) <br>   aka "Sheikh Mohamed" ) <br> ISSA DOREH (3), ) <br>   aka "Sheikh Issa" ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Criminal Case No. 10-CR-4246-JM <br><br> NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION |

The United States of America, by and through its counsel, Laura E. Duffy, United States Attorney, and William P. Cole and Caroline Han, Assistant U.S. Attorneys, hereby provides notice to the defendants, Basaaly Saeed Moalin, Mohamed Mohamed Mohamud, and Issa Doreh, and to the Court, pursuant to Title 50, United States Code, Sections 1801 et seq., that the United States intends to use or disclose at pre-trial hearings, the trial and other proceedings in this case

//

//

//

information obtained or derived from electronic surveillance conducted pursuant to the authority of the Foreign Intelligence Surveillance Act.

DATED: November 4, 2010

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

s/William P. Cole

_____
WILLIAM P. COLE
CAROLINE HAN
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America