**MARC B. GELLER**
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
State of California Bar No.057083
1010 Second Avenue, Suite 1820
San Diego, California 92101-4902
Telephone: (619) 239-9456
Fax: (619) 239-9334

Attorney for Defendant BASAALY SAEED MOALIN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.: 10 CR4246-1-JM |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CERTIFICATE OF SERVICE |
| BASAALY SAEED MOLIN, | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY CERTIFIED that:

I, MARC B. GELLER, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 1010 Second Avenue, Suite 1820, San Diego, California 92101-4902, I am not a party to the above-entitled action.  On November 8, 2010, I caused to be electronically filed via the Document Filing System of the United States District Court for the Southern District of California, a copy of NOTICE OF CHANGE OF ADDRESS for electronic service to the Office of the United States Attorney for the Southern District of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 8, 2010                                    s/ Marc B. Geller
                                                                                          MARC B. GELLER

1