*Unsealed 11-05-10*
**SECRET**

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| BASAALY SAEED MOALIN (1) | |
| | CASE NUMBER: 10cr4246-JM  |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **BASAALY SAEED MOALIN**
                                                                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:2339A(a) - Conspiracy to Provide Material Support to Terrorists; 18:2339B(a)(1) - Conspiracy to Provide Material Support to Foreign Terrorist Organization; 18:956 - Conspiracy to Kill in a Foreign Country; 18:1956(h) - Conspiracy to Launder Monetary Instruments; 18:233(A) - Providing Material Support to Terrorists

DATE: 11-05-2010
ARRESTED BY: FBI Agent

GEORGE W. VENABLES
U.S. MARSHAL, S/CA
BY: _____

In violation of Title    See Above    United States Code, Section(s)

RECEIVED 2010 OCT 25 P 4:12 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| C. Ecija | October 22, 2010, San Diego, CA |
| Signature of Deputy | Date and Location |
| Bail fixed at $    NO BAIL | by    The Honorable William M. McCurine, Jr. |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

11-05