UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 10 Cr. 4246 (JM) |
| | | |
| | | <u>filed electronically</u> |
| – against – | : | |
| | | NOTICE OF APPEARANCE, |
| | : | AND REQUEST FOR ECF. |
| BASAALY MOALIN | : | |
| | : | |
| Defendant. | | |
| | : | |

--------------------------------------------------------x

To:   Clerk of the Court
       United States District Court for the Southern District of California

   The undersigned attorney has been retained to represent Mr. Basaaly Moalin in the above-captioned matter.  The undersigned attorney respectfully requests the Clerk to note her appearance for Mr. Moalin, in substitution for Marc B. Geller, in this matter and to add her as a contact attorney to whom Notices of Electronic Filing will be transmitted in this case.

                                                                Sincerely,

                                                                 -s- Alice L. Fontier
                                                                Alice L. Fontier Esq.
                                                                JOSHUA L. DRATEL, P.C.
                                                                2 Wall Street, 3rd Floor
                                                                New York, NY 10005
                                                                T: (212) 732-0707
                                                                F: (212) 571-3792
                                                                Afontier@joshuadratel.com

To:   All counsel (via ECF)