UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
--------------------------------------------------------x
:
UNITED STATES OF AMERICA,          :        10 Cr. 4246 (JM)
:                                           Electronically Filed
– against –                                 :
:                                           NOTICE OF APPEARANCE
BASAALY MOALIN                      :        AND REQUEST FOR
:                                           ELECTRONIC NOTIFICATION
            Defendant.              :
:
--------------------------------------------------------x

    Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of BASAALY MOALIN and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

    I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated: New York, New York
       March 24, 2011

                                          Respectfully submitted,

                                          /s/Joshua L. Dratel
                                          Joshua L. Dratel
                                          JOSHUA L. DRATEL, P.C.
                                          2 Wall Street, 3rd Floor
                                          New York, New York 10005
                                          (212) 732-0707
                                          jdratel@joshuadratel.com

                                          *Attorney for Defendant Basaaly Moalin*

– Of Counsel –

Joshua L. Dratel
Alice L. Fontier