Joshua L. Dratel (admitted *pro hac vice*)
Alice L. Fontier
State Bar # 229994
JOSHUA L. DRATEL, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
(212) 732-0707 (telephone)
(212) 571-3792 (facsimile)

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA,            :            10 Cr. 4246 (JM)
                                                       :            Electronically Filed
          – *against* –                          :
                                                       :            DECLARATION IN
BASAALY MOALIN                           :            SUPPORT OF MOTION
                                                       :            TO SUBSTITUTE COUNSEL
                    Defendant.              :
                                                       :
-------------------------------------------------------x

          Joshua L. Dratel, Esq., pursuant to 28 U.S.C. §1746, hereby affirms under penalty of

perjury:

1.        I am an attorney, admitted to practice in the Southern District of California, *pro hac vice*.

2.        I have been retained to represent defendant Basaaly Moalin in the above-captioned

          matter.

3.        Alice L. Fontier is an attorney admitted to practice in the Southern District of California

          and is an associate in my office, the Office of Joshua L. Dratel, P.C.

4.        I will act as lead counsel for Basaaly Moalin.

5.        Alice L. Fontier will be co-counsel for Mr. Moalin.

1

WHEREFORE, it is respectfully requested that the Court grant Mr. Moalin's Motion in its entirety, and substitute the Office of Joshua L. Dratel, P.C., with Joshua L. Dratel as lead counsel and Alice L. Fontier as co-counsel, for Marc Geller.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  28 U.S.C. §1746.

Executed March 28, 2011.

/S/ Joshua L. Dratel

JOSHUA L. DRATEL
