UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10cr4246-1 JM |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING SUBSTITUTION OF |
| ) | COUNSEL [Docket No. 64] |
| BASAALY MOALIN (1), ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY ORDERED that the Office of Joshua L. Dratel, P.C., is substituted for Marc Geller as retained counsel for Basaaly Moalin. Joshua L. Dratel is designated as lead counsel and counsel to be noticed. The Court further notes the appearance of Alice L. Fontier as co-counsel on behalf of defendant Basaaly Moalin.

IT IS SO ORDERED.

DATED: April 7, 2011

_____
Hon. Jeffrey T. Miller
United States District Judge