# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 10cr4246 JM |
|---|---|
| Plaintiff, | ORDER GRANTING APPLICATION FOR CO-DEFENDANT MEETING |
| vs. | |
| BASAALY MOALIN, | |
| Defendants. | |

On October 17, 2011 Defendants filed an Application to permit a co-defendant meeting with all defense counsel present. (Ct. Dkt. 86). The Government does not oppose the Application. (Ctr. Dkt. 87). For good cause shown, the court grants the Application, conditioned upon compliance with reasonable requirements imposed by the Bureau of Prisons and/or the U.S. Marshals Service.

**IT IS SO ORDERED.**

DATED:  October 17, 2011

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties