# EXHIBIT 1

Case 3:10-cr-04246-JM   Document 108-1   Filed 01/13/12   Page 1 of 17

```
1   RECORDING DATE:   10/31/2010

2   TIME:             7:21 AM

3
    PARTICIPANTS:(BSM) = Basaaly Saeed Moalin
4
5                (MK) = SA Michael C. Kaiser

6                (JL) = SA Jason Lovely
7
                 (MP) = SA Matthew M. Perkins
8
9   NOTATIONS:   (U) = UNINTELLIGIBLE
10
                 (PH) = PHONETIC
11
12
13  UM:          I hit it but testing…
14
15  UM:          (U) have to hold it.

16               (Blowing into microphone)
17
    MP:          I saw like a little green
18
19               flash and that was it.

20  UM:          Oh, you did?
21
22  UM:          Yeah but no stay right.

23  MK:          Testing testing.  It must be
24
                 working go ahead.
25
26  MP:          Alright.  This is Special

27               Agent Matthew Perkins.  It is
28
```

-1-

|    |     |                                      |
|----|-----|--------------------------------------|
| 1  |     | October thirty-first two             |
| 2  |     | thousand ten. The time is            |
| 3  |     |                                      |
| 4  |     | seven twenty one am.  Special        |
| 5  |     | Agents Michael Kaiser and            |
| 6  |     | Jason Lovely are going to be         |
| 7  |     |                                      |
| 8  |     | doing a custodial interview of       |
| 9  |     | Masaaly…                             |
| 10 | UM: | …Moalin…                             |
| 11 |     |                                      |
| 12 | MP: | …Basaaly Moalin and the case         |
| 13 |     | number is four one five bravo        |
| 14 |     |                                      |
| 15 |     | S D seven zero zero one five.        |
| 16 | MK: | (U) it's October thirty-first        |
| 17 |     |                                      |
| 18 |     | two thousand and ten, time is        |
| 19 |     | approximately seven twenty, uh       |
| 20 |     | this is uh monitoring of a           |
| 21 |     |                                      |
| 22 |     | interview custodial interview        |
| 23 |     | with Basaaly Saeed Moalin.           |
| 24 |     |                                      |
| 25 |     | Case number four fifteen B           |
| 26 |     | dash S D dash seven zero zero        |
| 27 |     | one five.                            |
| 28 |     |                                      |

| | | |
|---|---|---|
| 1 | UM: | (U) |
| 2 | UM: | Well I just wanted (U)… |
| 3 | UM: | (U) |
| 5 | UM: | Go on in. |
| 6 | MK: | You can have a seat right here. |
| 9 | UM: | Where do you want to sit? |
| 10 | MK: | Have him sit right there. Yeah go ahead and take his handcuffs off. |
| 15 | UM: | Alright.  Can you stand up, please?  Just gonna take your cuffs off just stand over here real quick.  And just keep your head in line for that. |
| 22 | UM: | (U) |
| 23 | UM: | Stand over here little bit please.  Okay just keep your hands (U).  (U).  Thanks. |
| 27 | UM: | (U) |

| | | |
|---|---|---|
| 1 | UM: | Yeah. |
| 2 | UM: | Alright. You can go have a seat. |
| 5 | MK: | Alright Mister uh Moalin if you could please(U). My name is Mike Kaiser I'm a Special Agent with the FBI. You're not cuffed right now. You don't have to (U) |
| 13 | UM: | (U) |
| 15 | MK: | Um, go ahead and have a seat ah I just wanna go through some things. Ah, first of all, as an American citizen you need to understand your rights, and so I'm just gonna go through them. Uh, so first of all and it's like uh you've probably heard before, you have the right to remain |

```
 1    silent, anything you say can
 2    be used against you in court.
 3
 4    Uh you have the right to talk
 5    to a lawyer for advice before
 6    we ask you any questions.  Uh
 7
 8    you have the right to have a
 9    lawyer with you during
10
11    questioning.  If you cannot
12    afford a lawyer one will be
13    appointed for you before any
14
15    questioning if you wish.  If
16    you decide to answer questions
17
18    now without a lawyer present,
19    you have the right to stop
20    answering at any time.  Um,
21
22    before you answer ah whether
23    or not you want to waive those
24
25    rights let me just be fair and
26    let you know why you're here.
27    Um, I have a warrant for your
28
```

arrest and the charges are uh Conspiracy to Provide Material Support to Terrorists, Conspiracy to Provide Material Support to Foreign Terrorist Organizations, Conspiracy to Kill In a Foreign Country, Conspiracy to Launder Monetary Instruments, basically money laundering, and Providing Material Support to Terrorists.  The other thing is uh, you know, this case ah has been ongoing for some time and so you're clear, ah we've had a wiretap on your telephone since December of two thousand and seven.  So we've heard heard you calling a lot of people, including

people overseas. Um, to be honest, we don't really need your cooperation or anything like that. I mean we have a very solid case. Um, and I just want you to be aware, that if you're found guilty on all these charges, in a, in court you're looking at a sentence of thirty years to life in prison. Um, and in my experience as uh as an FBI Agent, um the evidence we have is rock solid, you know. So, what we're kinda doing here today is uh giving you a chance to, you know, express any sort of cooperation, um, and what it how it works in your favor is that by showing

```
 1      that you're cooperating with
 2      the United States Government,
 3
 4      um, you know, you're, that
 5      will be taken into account by
 6      the federal prosecutor.  We're
 7
 8      all Special Agents right here.
 9      None of us are are
10
11      prosecutors, uh, but we work
12      closely with the prosecution
13
14      uh in these types of cases and
15      uh uh you know, and it's uh,
16      this this is kind of your
17
18      chance.  If you, again it's
19      your right to request a lawyer
20      or anything like that, but um
21
22      in my experience, as soon as
23      you bring in a lawyer all they
24
25      want to do is, you know
26      they're no longer using your
27      money and they're trying to uh
28
```

```
 1    to buy time, bargaining chips,
 2    and all that stuff.  And again
 3    with the with the type of
 4
 5    evidence that we have, the
 6    prosecutor is not going to
 7
 8    waste his time. He's just not.
 9    I mean, it's, it's more
10
11    important to him to to take
12    this case to trial and to uh
13    you know, just roll with it.
14
15    You know, again, there's
16    nothing that we really need
17
18    from you uh but again, if you
19    choose to cooperate, this time
20    you know that's something that
21
22    I can talk to the prosecutor
23    about and you know so you're
24    you're looking at a better uh
25
26    form of sentencing than that
27    thirty years to life.  I mean
28
```

-9-

|   |   |   |
|---|---|---|
| 1 |   | are you, do you understand |
| 2 |   | what I'm saying? |
| 3 | BSM: | You know I I don't understand |
| 4 |   |   |
| 5 |   | that much you know and |
| 6 |   | basically never mind.  My |
| 7 |   |   |
| 8 |   | English is you know kinda poor |
| 9 |   | you know ah. |
| 10 | MK: | Okay.  Well if you would like, |
| 11 |   |   |
| 12 |   | we can get a Somali translator |
| 13 |   | who can, uh, who can you know |
| 14 |   |   |
| 15 |   | explain things to you, um you |
| 16 |   | know, or you know we can uh |
| 17 |   |   |
| 18 |   | kinda review some of the some |
| 19 |   | of the evidence that we have, |
| 20 |   | but but again, I mean the |
| 21 |   |   |
| 22 |   | biggest thing is to make sure |
| 23 |   | that you understand your |
| 24 |   |   |
| 25 |   | rights.  I mean do you |
| 26 |   | understand what I read to you? |
| 27 |   | Um . . . |
| 28 |   |   |

| | | |
|---|---|---|
| 1 | BSM: | Ah some of um might but I'm |
| 2 | | really ah hundred percent not |
| 3 | | |
| 4 | | much. |
| 5 | MK: | …okay.  Would you like to have |
| 6 | | a Somali translator uh present |
| 7 | | |
| 8 | | when I read you your rights |
| 9 | | again or uh . . . |
| 10 | BSM: | Just read it again and then |
| 11 | | |
| 12 | | then… |
| 13 | MK: | …okay.  Again before we ask |
| 14 | | |
| 15 | | you any questions, remember, I |
| 16 | | haven't been asking any |
| 17 | | |
| 18 | | questions, I've just been |
| 19 | | outlining what the |
| 20 | | government's position is. |
| 21 | | |
| 22 | BSM: | Mmhmm. |
| 23 | MK: | Okay you must understand your |
| 24 | | rights.  First of all you have |
| 25 | | |
| 26 | | the right to remain silent. |
| 27 | | You don't have to say |
| 28 | | |

```
 1      anything.  You know um because
 2      anything you say can be used
 3
 4      against you in court.  You
 5      know and that just basically
 6      means that you know uh (U)
 7
 8      your words can be used as
 9      evidence against you, alright?
10
11      You also have the right to
12      talk to a lawyer for advice
13      before we ask you any
14
15      questions.  You know so uh if
16      you need if you have a lawyer
17
18      or whatever you can consult
19      with him and you have a right
20      to have a lawyer with you
21
22      during questioning.  If you
23      can't afford a lawyer, one
24
25      will be appointed for you
26      before any questioning, if you
27      wish. And basically what would
28
```

```
 1    happen in that case, is that
 2    uh we'll go before a U.S. uh
 3    Magistrate, it's a level of
 4
 5    judge, and um, they will
 6    outline the charges that are
 7
 8    in this arrest warrant and
 9    then, uh you know, ask whether
10
11    or not you want the court to
12    appoint a lawyer for you.  You
13    know this is somebody who's
14
15    cleared to, to defend people
16    in a federal court.  Um, but
17
18    if you decide to answer any
19    own questions now without a
20    lawyer present, um, even as
21
22    we're talking to you, asking
23    questions, and you decide to
24
25    cooperate, if at some point,
26    we ask you a question and you
27    don't want to answer it, you
28
```

-13-

```
              can just stop and say I no
              longer want to talk.  Um, you
              know the uh so that's, those
              are your basic rights.  You
              know so ah now do you
              understand your rights?
BSM:          Yeah. I do.
MK:           Okay.  Um, again now knowing
              what our case is against you
              and the fact that we've, we've
              been on your telephone, uh
              we've been on your email, um,
              uh you know it's up to you.  I
              mean, what do you want to do?
BSM:          Ah yeah I be telling me go
              ahead.
MK:           Well I I can't make that
              decision for you, basically.
              I mean do you want to when I
              ask for cooperation, it means
```

-14-

```
 1              that that you're allowing us
 2              to ask questions.
 3  BSM:        Yeah yeah you can ask me
 4
 5  questions.
 6  MK:         Okay.  Ah before I, I roll
 7
 8              into any questions I just want
 9              to make sure that, that, um, I
10
11              mean even if you sign this
12              form and this is, you're
13              signing it saying you
14
15              understand your rights and you
16              wish to cooperate.  If you
17
18              sign this form, remember that
19              the last thing is that if you
20              are if you don't want to
21
22              answer any more questions, you
23              can stop, even after you sign
24
25              this form.  Do you understand?
26  BSM:        Yeah.
27
28
```

```
MK:      Okay.  So if I could just have
         you sign right here and the
         time is uh zero seven thirty.
         So you guys note it.  Maybe
         you print your name just below
         that.  Alright.  Other way I
         guess as witnesses.  Okay.
         Other way.  (U)as ah
         witnesses.  All right, well,
         again the charge is uh
         providing material support to
         terrorists. The specific
         terrorist group that we're
         talking about is um al-
         Shabaab.  Are you familiar
         with that terrorist group by
         that name, or that
         organization?
[END OF EXCERPT]
```