|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | SOUTHERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA, | ) | Case No. 10CR4246-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| BASAALY MOALIN (1), | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, CAROLINE P. HAN, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of RESPONSE IN OPPOSITION TO DEFENDANT BASAALY MOALIN'S MOTIONS TO(1)SUPPRESS EVIDENCE OBTAINED PURSUANT TO SEARCH WARRANT;(2)SUPPRESS POST-ARREST STATEMENT;(3)COMPEL PRODUCTION OF ADDITIONAL REPORTS; (4)JOIN CO-DEFENDANT'S MOTIONS; AND (5)FILE FURTHER MOTIONS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

        Joshua L. Dratel
        Alice L. Fontier
        Attorneys for defendant

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 13, 2012.

                              s/Caroline P. Han
                              CAROLINE P. HAN