UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )      Case No. 10CR4246-JM
                               )
              Plaintiff,       )
                               )
      v.                       )
                               )      CERTIFICATE OF SERVICE
BASAALY SAEED MOALIN (1),      )
MOHAMED MOHAMED MOHAMUD (2),    )
      aka "Mohamed Khadar"      )
      aka "Sheikh Mohamed"      )
ISSA DOREH (3),                )
      aka "Sheikh Issa"        )
AHMED NASIR TAALIL MOHAMUD (4)  )
                               )
              Defendants.      )
_____ )

IT IS HEREBY CERTIFIED THAT:

I, WILLIAM P. COLE, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action.  I have caused service of UNITED STATES' MOTION FOR A PRETRIAL CONFERENCE PURSUANT TO 18 U.S.C. APP. III (CIPA) SECTION 2 on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

    Joshua L. Dratel      jdratel@joshuadratel.com
    Alice A. Fontier      afontier@joshuadratel.com

    Linda Moreno          lindamoreno.esquire@gmail.com

    Ahmed Ghappour        aghappour@gmail.com

    Thomas a. Durkin      tdurkin@durkinroberts.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2012

                                  s/ *William P. Cole*
                                  WILLIAM P. COLE