**Certificate of Service**

I, Joshua L. Dratel, declare as follows:

I am a citizen of the United States and resident of New York, N.Y.; I am over the age of 18 years and not a party to the within action; my business address is: 2 Wall Street, 3rd Floor, New York, NY 10005, telephone number: (212) 732-0707.

On January 20, 2012, I served the referenced *Reply to the Government's Opposition to Basaaly Moalin's Motion to Suppress Statements and Physical Evidence, Compel Production of* Brady *Material, Join Co-Defendant's Motions, and Grant Leave to File Further Motions* in *United States v. Basaaly Moalin*, 10-CR-4246-JM-01, by delivering a copy of the same to the parties indicated below, by ECF System, which electronically notifies them:

    Linda Moreno (Defendant 2)

    Ahmed Ghappour (Defendant 3)

    Thomas Durkin (Defendant 4)

    William P. Cole (Government)

    Caroline Pineda Han (Government)

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   January 20, 2011
                  New York, New York

                                              /S/ Joshua L. Dratel
                                              JOSHUA L. DRATEL