# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10CR4246-JM |
| | ) | Judge Jeffrey T. Miller |
| BASAALY SAEED MOALIN, | ) | CERTIFICATE OF SERVICE |
| MOHAMED MOHAMED MOHAMUD, | ) | |
| ISA DOREH, | ) | |
| AHMED NASIR TAALIL MOHAMUD, | ) | |
| | ) | |
| Defendants. | ) | |

I, Linda Moreno, declare as follows:

I am a citizen of the United States and am over eighteen years of age. My business address is P.O. Box 10985, Tampa, Florida 33679, telephone number ((813) 247-4500. I am not a party to the above-entitled action.

On December 20, 2012, I served the referenced Reply to Government's Response to Mr. Mohamud's Motions, electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them, on the following persons:

1. Assist. U.S. Attorney William P. Cole
2. Assist. U.S. Attorney Caroline Pineda Han
3. Joshua Dratel (Defendant 1)
4. Alice L. Fontier (Defendant 1)
5. Ahmed Ghappour (Defendant 3)
6. Thomas Durkin (Defendant 4)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20. 2012
San Diego, Florida

/s/ Linda Moreno
**LINDA MORENO**
*Attorney for Mohamed Mohamed Mohamud*