LAURA E. DUFFY
United States Attorney
WILLIAM P. COLE
CAROLINE HAN
Assistant U.S. Attorneys
California State Bar Nos. 186772/250301
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5220/(619) 235-2757 (Fax)
Email: William.P.Cole@usdoj.gov
       Caroline.Han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 10-CR-4246-JM |
| Plaintiff, | |
| v. | SUPPLEMENTAL NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION |
| BASAALY SAEED MOALIN (1), MOHAMED MOHAMED MOHAMUD (2), ISSA DOREH (3), AHMED NASIR TAALIL MOHAMUD (4), | |
| Defendant. | |

The United States of America, by and through its counsel, Laura E. Duffy, United States Attorney, and William P. Cole and Caroline Han, Assistant U.S. Attorneys, hereby provides supplemental notice to defendants, Basaaly Saeed Moalin, Mohamed Mohamed Mohamud, Issa Doreh, and Ahmed Nasir Taalil Mohamud, and to the Court, pursuant to Title 50, United States Code,

Sections 1801 et seq., that the United States intends to use or disclose at pre-trial hearings, the trial and other proceedings in this case information obtained or derived from electronic surveillance and physical search conducted pursuant to the authority of the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

This notice supplements the notice provided to defendants Basaaly Saeed Moalin, Mohamed Mohamed Mohamud, and Issa Doreh on November 4, 2010, and defendant Ahmed Nasir Taalil Mohamud on January 21, 2011.

DATED: January 30, 2012

    Respectfully submitted,

    LAURA E. DUFFY
    United States Attorney

    s/Caroline P. Han
    _____
    CAROLINE HAN
    WILLIAM P. COLE
    Assistant U.S. Attorneys

    Attorneys for Plaintiff
    United States of America