|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,  )   Case No. 10CR4246-JM
                           )
            Plaintiff,     )
                           )
      v.                   )
                           )   CERTIFICATE OF SERVICE
BASAALY SAEED MOALIN et al.,)
                           )
            Defendants.    )
_____)

IT IS HEREBY CERTIFIED THAT:

   I, CAROLINE P. HAN, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action.  I have caused service of SUPPLEMENTAL NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1.   Joshua Dratel
   2.   Alice Fontier
   3.   Linda Moreno
   4.   Ahmed Ghappour
   5.   Thomas Durkin
   6.   Holly Sullivan

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on January 30, 2012.

                           s/Caroline P. Han
                           CAROLINE P. HAN

10CR4246