1
2
3
4
5
6
7

8                               UNITED STATES DISTRICT COURT

9                             SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           )     Case No. 10cr4246-JM
                                         )
12               Plaintiff,              )
          v.                             )
13                                       )     **ORDER GRANTING EXTENSION OF**
     BASAALY MOALIN et al.,              )     **TIME**
14                                       )
                 Defendant.              )
15                                       )

16       IT IS HEREBY ORDERED that the United States' Motion for an Extension of Time to File

17   a Motion Pursuant to 18 U.S.C. App. III (CIPA) Section 4 is hereby GRANTED.  The United States

18   shall file its initial motion pursuant to CIPA Section 4 on or before February 29, 2012.

19   DATED: February 21, 2012

20                                             _____
                                               Hon. Jeffrey T. Miller
21                                             United States District Judge

22
23
24
25
26
27
28