UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10CR4246-JM |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER GRANTING EXTENSION OF TIME** |
| BASAALY MOALIN et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

IT IS HEREBY ORDERED that the United States' <u>ex parte</u> Application for Second Extension of Time to File Motion under CIPA Section 4 and Fed. R. Crim. P. 16(d) is GRANTED. The application is deemed filed with the designated national security officer as of February 28, 2012. The United States shall file its initial motion pursuant to CIPA Section 4 on or before March 21, 2012.

DATED: March 1, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge