UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10CR4246-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| BASAALY MOALIN et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, William P. Cole, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of **Response in Opposition to Defendants' Joint Motion to Deny the Government's Request to File its CIPA § 4 Application** *Ex Parte* **and Compel Disclosure of the CIPA § 4 Application to Cleared Defense Counsel** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

> Joshua L. Dratel
> Alice L. Fontier
> Linda Moreno
> Ahmed Ghappour
> Thomas Durkin
> Holly Sullivan

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2012.

s/William P. Cole
WILLIAM P. COLE

10CR4246