UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER )**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-CR-4246 (JM) |
| Plaintiff, | |
| vs. | ORDER CONTINUING HEARING DATE |
| BASAALY SAEED MOALIN, MOHAMED MOHAMED MOHAMUD, ISSA DOREH, AHMED NASIR TAALIL MOHAMUD, | |
| Defendants. | |

Joint Motion to Continue Hearing Date from August 20, 2012, to August 22, 2012, having been made in the above-entitled matter, the Court being fully advised, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the date scheduled for oral argument on the Rule 15 foreign depositions is continued from August 20, 2012, to *August 22, 2012 at 10:30 a.m.*

**SO ORDERED**.

Dated: July 25, 2012

HONORABLE JEFFREY T. MILLER
United States District Judge

10 CR 4246 (JM)