UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 10CR4246-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| BASAALY MOALIN et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CAROLINE P. HAN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above entitled action.  I have caused service of JOINT MOTION FOR AN EXTENSION OF TIME on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Joshua L. Dratel
Alice L. Fontier
Linda Moreno
Ahmed Ghappour
Thomas Durkin
Holly Sullivan

Counsel for defendants

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2012.

s/Caroline P. Han
CAROLINE P. HAN

10CR4246