**JOSHUA L. DRATEL**
Admitted *Pro Hac Vice*
**ALICE L. FONTIER**
California State Bar No.229994
JOSHUA L. DRATEL, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
Telephone: (212) 732-0707

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER )**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-CR-4246 (JM) |
| Plaintiff, ) | |
| v. ) | **AFFIDAVIT OF BASAALY MOALIN** |
| BASAALY MOALIN, *et. al.* ) | |
| Defendant. ) | |

BASAALY MOALIN, pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

1. I am the defendant in the above-entitled case.

2. I have been informed by my attorney, Alice L. Fontier, that depositions of seven potential defense witnesses will be taken in Djibouti, pursuant to Rule 15, Fed.R.Crim.P.

3. I understand that I have a right to be present at these depositions.

4. I have discussed the depositions and my right to be present with my attorney.

5. I voluntarily and knowingly waive my right to be present when the depositions are conducted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. 28 U.S.C. §1746.

Executed: October 8, 2012

_____
BASAALY MOALIN