### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

<u>USA</u> v. <u>MOALIN</u> No. <u>10-CR-4246-JM (WVG)</u>

<u>HON. WILLIAM V. GALLO</u>　　<u>CT. DEPUTY J. YAHL</u>　　<u>RPTR.　　　　</u>

<u>Attorneys</u>

| <u>Plaintiffs</u> | <u>Defendants</u> |
|---|---|
| WILLIAM COLE | THOMAS DURKIN |
| CAROLINE HAN | AHMED GHAPPOUR |
|  | LINDA MORENO |

This Court held a Status Conference on October 15, 2012. Another telephonic Status Conference is set for <u>October 24, 2012</u>, at <u>7:00 a.m.</u> Only counsel must participate at the Court will initiate the call.

IT IS SO ORDERED.
DATED:　October 15, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge