**JOSHUA L. DRATEL**
Admitted *Pro Hac Vice*
**ALICE L. FONTIER**
California State Bar No.229994
JOSHUA L. DRATEL, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
Telephone:  (212) 732-0707

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER )**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10-CR-4246 (JM) |
| Plaintiff, | ) ) | |
| v. | ) ) | CERTIFICATE OF SERVICE |
| BASAALY MOALIN, | ) ) | |
| Defendant. | ) ) ) | |

I, Joshua L. Dratel, declare as follows:

I am a citizen of the United States and resident of New York, N.Y.; I am over the age of 18 years and not a party to the within action; my business address is: 2 Wall Street, 3rd Floor, New York, NY 10005, telephone number: (212) 732-0707.

On October 26, 2012, I served the referenced *Notice of Motion and Joint Motion For an Order of Safe Passage,* in *United States v. Basaaly Moalin*, *et. al.*, 10-CR-4246 (JM), by delivering a copy of the same to the parties indicated below, by ECF System, which electronically notifies them:

Linda Moreno (Defendant Mohamed Mohamud)

Thomas Durkin (Defendant Ahmed Mohamud)

Ahmed Ghappour (Defendant Isse Doreh)

1

William P. Cole (Government)

Caroline Pineda Han (Government)

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   October 29, 2012
               New York, New York

                                        /S/ Joshua L. Dratel
                                         Joshua L. Dratel