Linda Moreno
(Cal Bar #92854)
Linda Moreno P.A.
PO Box 10985
Tampa, Florida 33679
T: (813) 247-4500
*Attorney for Mohamed Mohamed Mohamud*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Jeffrey T. Miller)

-----------------------------------------------------x

UNITED STATES OF AMERICA,

– against –

MOHAMED MOHAMED MOHAMUD,

Defendant.

-----------------------------------------------------x

10 Cr. 4246 (JM)
Electronically Filed

DEFENDANT'S ACKNOWLEDGEMENT AND CONSENT TO WAIVER OF COUNSEL'S PERSONAL APPEARANCE AT RULE 15 DEPOSITIONS IN DJIBOUTI, DJIBOUTI

I, MOHAMED MOHAMED MOHAMUD, after being advised by my attorney, Linda Moreno, that she will not be attending the Rule 15 depositions scheduled in Djibouti, Djibouti, hereby acknowledge and consent to her waiver of appearance.

DATED 10/5/2012   2012

_____
MOHAMED MOHAMED MOHAMUD