UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )         Case No. 10CR4246-JM
                                     )
            Plaintiff,               )
                                     )
      v.                             )
                                     )         CERTIFICATE OF SERVICE
BASAALY MOALIN et al.,               )
                                     )
            Defendants.              )
                                     )

IT IS HEREBY CERTIFIED THAT:

      I, Caroline P. Han, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

      I am not a party to the above-entitled action.  I have caused service of **Response in Opposition to Defendants' Joint Motion to Reconsider Magistrate Judge's Order Denying Safe Passage to Farah Shidane** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

            Joshua L. Dratel
            Alice L. Fontier
            Linda Moreno
            Ahmed Ghappour
            Thomas Durkin
            Holly Sullivan

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on November 5, 2012.

                              s/Caroline P. Han
                              CAROLINE P. HAN

10CR4246