UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No. 10CR4246-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| BASAALY MOALIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, WILLIAM P. COLE , am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the **RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT RENEWED MOTION TO TAKE DEPOSITION OF FARAH SHIDANE, AKA 'FARAH YARE' PURSUANT TO RULE 15, FED. R. CRIM. P.** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Joshua L. Dratel
jdratel@joshuadratel.com

Thomas Anthony Durkin
Tdurkin@durkinroberts.com

Ahmed Ghappour
aghappour@gmail.com

Linda Moreno
Lindamoreno.esquire@gmail.com

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2012.

s/William P. Cole
WILLIAM P. COLE