UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )      Case No. 10CR4246-JM
                                     )
                Plaintiff,           )
                                     )
        v.                           )
                                     )      CERTIFICATE OF SERVICE
BASAALY MOALIN et al.,               )
                                     )
                Defendants.          )
                                     )

IT IS HEREBY CERTIFIED THAT:

        I, Caroline P. Han, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

        I am not a party to the above-entitled action. I have caused service of NOTICE OF FILING OF GOVERNMENT'S *EX PARTE, IN CAMERA* SUBMISSION REGARDING DECEMBER 3, 2012 PROTECTIVE ORDER on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

        Joshua L. Dratel
        Alice L. Fontier
        Linda Moreno
        Ahmed Ghappour
        Thomas Durkin
        Holly Sullivan

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on December 17, 2012.

                                    s/Caroline P. Han
                                    CAROLINE P. HAN

10CR4246