

**U.S. Department of Justice**

*Laura E. Duffy*
*United States Attorney*
*Southern District of California*

| | |
|---|---|
| *Caroline P. Han* | *(619) 546-6968* |
| *Assistant United States Attorney* | *Fax (619) 546-0831* |

| | |
|---|---|
| *San Diego County Office* | *Imperial County Office* |
| *Federal Office Building* | *516 Industry Way* |
| *880 Front Street, Room 6293* | *Suite C* |
| *San Diego, California 92101-8893* | *Imperial, California  92251-7501* |

November 30, 2012

Joshua L. Dratel/Alice Fontier      Linda Moreno
Law Offices of Joshua Dratel        Linda Moreno, P.A.
2 Wall Street, 3rd floor            P.O. Box 10985
New York, NY 10005                  Tampa, FL 33679

Ahmed Ghappour                      Thomas Anthony Durkin
National Security Clinic            Durkin & Roberts
University of Texas School of Law   2446 N. Clark Street
727 Dean Keeton Street              Chicago, IL 60614
Austin, TX 78705

Re: <u>United States v. Moalin et al.</u>, 10CR4246-JM

Dear Counsel:

This letter is in response to Ms. Fontier's November 28, 2012 letter about Hassan Guled's preconditions for travel to the United States to testify at trial.

Based on the letter, we understand that Mr. Guled seeks a "safe passage" agreement as a precondition to traveling to the United States, and that, apparently, he would need some particular sponsorship to obtain a visa.  We decline to enter into a "safe passage" agreement.  And at this late date, we are not inclined to explore the visa issue, particularly as considerable time and resources were expended by the parties and the court to take his deposition in Djibouti.  However, the United States will not raise the issue of availability/unavailability as an objection to the admissibility of Mr. Guled's deposition testimony.

Sincerely,

s/Caroline Han
CAROLINE P. HAN
Assistant U.S. Attorney