**Proof of Service**

I, Ahmed Ghappour, declare as follows:

I am a citizen of the United States and resident of Austin, TX; I am over the age of 18 years and not a party to the within action; my business address is: PO Box 20367, Seattle, WA 98102, telephone number: (415) 598-8508.

On December 20, 2011, I caused service of the *Defendant's Notice of Motion and Second Motion for a Bill of Particulars;* in *United States v. Issa Doreh, 10-CR-4246-JM-03,* on the following parties by electronically filing the foregoing with the Clerk of the District Court for the Southern District of California using its ECF System, which electronically notifies them:

  Alice L. Fontier (Defendant 1)

  Joshua L. Dratel (Defendant 1)

  Linda Moreno (Defendant 2)

  Thomas Durkin (Defendant 4)

  William P Cole (Government)

  Caroline Pineda Han (Government)

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: December 20, 2012
      Austin, TX.

           S/ *Ahmed Ghappour*
           Ahmed Ghappour
           Declarant