**<u>Certificate of Service</u>**

I, Alice L. Fontier, declare as follows:

I am a citizen of the United States and resident of New York, N.Y.; I am over the age of 18 years and not a party to the within action; my business address is: 2 Wall Street, 3rd Floor, New York, NY 10005, telephone number: (212) 732-0707.

On December 20, 2012, I served the referenced *Notice of Joint Motions In Limine and Joint Motions In Limine* in *United States v. Basaaly Moalin*, 10-CR-4246-JM-01, by delivering a copy of the same to the parties indicated below, by ECF System, which electronically notifies them:

Linda Moreno (Defendant 2)

Ahmed Ghappour (Defendant 3)

Thomas Durkin (Defendant 4)

William P. Cole (Government)

Caroline Pineda Han (Government)

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   December 20, 2012
                        New York, New York

/S/ Alice L. Fontier
Alice L. Fontier