UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10cr4246-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| BASAALY SAEED MOALIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, William P. Cole, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I am effecting service of  **UNITED STATES'  RESPONSE TO MOTIONS: (1) TO ADMIT VIDEOTAPED DEPOSITIONS; (2) FOR A BILL OF PARTICULARS; (3) TO PRECLUDE OR LIMIT EVIDENCE PRIOR TO FEBRUARY 26, 2008; (4) TO EXCLUDE EVIDENCE OF AL-SHABAAB'S VIOLENCE AND TERRORIST ACTIVITIES; (5) TO EXCLUDE EVIDENCE OF THE REASONS FOR AL-SHABAAB'S DESIGNATION AS AN FTO; (6) TO SUPPRESS POST-ARREST STATEMENTS; (7) TO EXCLUDE REFERENCES TO RELIGIOUS VIOLENCE AT TRIAL; AND (8) FOR A JUROR QUESTIONNAIRE AND ATTORNEY CONDUCTED VOIR DIRE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Ahmed Ghappour
2. Alice Fontier
3. Joshua L. Dratel
4. Linda Moreno
5. Holly Sullivan
6. Thomas Durkin

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:
N/A
the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2012.

s/ William P. Cole
WILLIAM P. COLE