UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>BASAALY MOALIN et al., )<br>)<br>Defendants. )<br>)<br>) | Case No. 10CR4246-JM<br><br>**NOTICE OF ENTRY OF ORDERS RE: (1)SUPPLEMENTAL CIPA AND JENCKS MOTION AND (2) FOURTH SUPPLEMENTAL CIPA MOTION** |

The court provides notice to all parties that on January 17, 2013 the court entered orders concerning the Government's (1) Supplemental CIPA and Jencks Motion and (2) Fourth Supplemental CIPA Motion.

**IT IS SO ORDERED.**

DATED: January 17, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:    All parties