FILED

2013 JAN 18 PM 3:42

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| USA<br><br>vs.<br><br>Moalin et al<br><br>Defendant. | CASE NO. 10-CR-4246JM<br><br>ORDER REGARDING<br>JURY FEES |
|---|---|

In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than ten (10) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of ten (10) days on which the juror is required to hear such case.

Therefore, **IT IS HEREBY ORDERED** that each member of the jury hearing the above case shall receive a total attendance fee of $50.00 per day for each day of service in excess of ten (10) days.

IT IS SO ORDERED.

DATED: Jan 18, 2013

_____
HONORABLE **JEFFREY T. MILLER**
United States District Judge

JM 1-28-2013

- 1 -