LAURA E. DUFFY
United States Attorney
WILLIAM P. COLE
CAROLINE P. HAN
Assistant United States Attorney
Cal. State Bar No. 186772/250301
STEVEN P. WARD
Trial Attorney
D.C. Bar No. 395410
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone: (619) 546-6762/6968
Email:   William.P.Cole@usdoj.gov
         Caroline.Han@usdoj.gov
         Steve.Ward3@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BASAALY MOALIN, et al.,<br><br>　　　　Defendants. | Crim. Case No. 10CR4246-JM<br><br>**UNITED STATES' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO PERMIT WITNESS TO TESTIFY UNDER PSEUDONYM** |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, LAURA E. DUFFY, United States Attorney, and WILLIAM P. COLE and CAROLINE P. HAN, Assistant U.S. Attorneys, and STEVEN P. WARD, Trial Attorney, and hereby files its Supplemental Memorandum in Support of Motion to Permit Witness to Testify under Pseudonym, and Proposed Protective Order, which is based upon the files and records of this case.

1     The United States moved *in limine* for an Order
2 authorizing its linguist witness to testify under a
3 pseudonym citing fear of reprisal and safety concerns. [Dkt
4 No. 235-1.] The defendants did not object to the United
5 States' motion, agreeing to the witness's use of a pseudonym
6 as long as defense counsel were provided the true name to
7 be used in preparing for cross-examination.

8     The parties have been unable to reach agreement on the
9 wording of a Stipulated Protective Order; therefore, with
10 the start of trial less than a week away, the United States
11 submits a Proposed Order, which we believe protects the
12 linguist's identity, yet provides the defendants the ability
13 to check the linguist's background and qualifications in
14 preparation for cross-examination.

15 DATED:    January 22, 2013

16                           Respectfully submitted,

17                           LAURA E. DUFFY
                          United States Attorney
18
                          *William P. Cole*
19                           WILLIAM P. COLE
                          CAROLINE P. HAN
20                           Asst United States Attorneys

21                           STEVEN P. WARD
                          Trial Attorney
22
                          Attorneys for Plaintiff
23                           United States of America

24

25

26

27

28                               2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No. 10CR4246-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| BASAALY MOALIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN P. WARD , am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the **UNITED STATES' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO PERMIT WITNESS TO TESTIFY UNDER PSEUDONYM** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Joshua L. Dratel                    Thomas Anthony Durkin
jdratel@joshuadratel.com            Tdurkin@durkinroberts.com


Ahmed Ghappour                      Linda Moreno
aghappour@gmail.com                 Lindamoreno.esquire@gmail.com


the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2013.

                                    ___s/Steven P. Ward_____
                                    STEVEN P. WARD