UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  Crim. Case No.10CR4246-JM
                                    )
                    Plaintiff,      )
                                    )  CERTIFICATE OF SERVICE
        v.                          )
                                    )
BASAALY MOALIN, et al.,             )
                                    )
                    Defendants.     )
_____)

IT IS HEREBY CERTIFIED THAT:

    I, WILLIAM P. COLE , am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of the **UNITED STATES' TRIAL MEMORANDUM** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Joshua L. Dratel                    Thomas Anthony Durkin
jdratel@joshuadratel.com            Tdurkin@durkinroberts.com


Ahmed Ghappour                      Linda Moreno
aghappour@gmail.com                 Lindamoreno.esquire@gmail.com


the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 22, 2013.

                              s/William P. Cole
                              WILLIAM P. COLE