UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10cr4246-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| BASAALY SAEED MOALIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, William P. Cole, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I am effecting service **UNITED STATES' SUPPLEMENTAL RESPONSE IN OPPOSITION TO RULE 14 MOTION FOR RELIEF FROM JOINDER** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Ahmed Ghappour
2. Alice Fontier
3. Joshua L. Dratel
4. Linda Moreno
5. Holly Sullivan
6. Thomas Durkin
7. Janis Roberts

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:
     N/A
the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2013.

s/ William P. Cole

WILLIAM P. COLE