**Certificate of Service**

I, Alice L. Fontier, declare as follows:

I am a citizen of the United States and resident of New York, N.Y.; I am over the age of 18 years and not a party to the within action; my business address is: 369 Lexington Avenue, 2d Floor #224, New York, NY 10017; and my telephone number is (212) 256-1244.

On January 24, 2013, I served the referenced *Joint Trial Brief* in *United States v. Basaaly Moalin*, *et al.,* 10-CR-4246 (JM), by delivering a copy of the same to the parties indicated below, by ECF System, which electronically notifies them:

Joshua L. Dratel (Defendant 1)

Linda Moreno (Defendant 2)

Ahmed Ghappour (Defendant 3)

Thomas Durkin (Defendant 4)

William P. Cole (Government)

Caroline Pineda Han (Government)

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   January 24, 2013
                         New York, New York

                                                            /S/ Alice L. Fontier
                                                              Alice L. Fontier