**Certificate of Service**

I, Ahmed Ghappour, declare as follows:

I am a citizen of the United States and resident of New York, N.Y.; I am over the age of 18 years and not a party to the within action; my business address is: 727 E Dean Keeton St, Austin, TX, 78705; telephone number: (512) 232-7222.

On January 25, 2013, I served the referenced *Defendants's Proposed Jury Instructions* in *United States v. Basaaly Moalin*, *et al.,* 10-CR-4246 (JM), by delivering a copy of the same to the parties indicated below, by ECF System, which electronically notifies them:

Joshua L. Dratel (Defendant 1)

Alice L. Fontier (Defendant 1)

Linda Moreno (Defendant 2)

Thomas Durkin (Defendant 4)

William P. Cole (Government)

Caroline Pineda Han (Government)

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   January 25, 2013
                    New York, New York

                                                    /S/ Ahmed Ghappour
                                                       Ahmed Ghappour