EXHIBIT A

**Intercept Date/Time:** December 22, 2007  19:01:21

To:  Basaaly Moalin

From:  Mohamed Dahir

Synopsis:

Mohamed tells Basaaly that he went to Garissa to get the residence without success and came back to Nairobi after a month. Mohamed says that he is planning to leave for South Africa soon. Basaaly wants to know if it is do-able and safe and Mohamed replies that it is risky but do-able. Mohamed tells Basaaly that Hasan Kafi son of Dhaga Wal [PH] was detained in Zambia and is still in jail although he paid a bribe for his release. Mohamed, replying to Basaaly's questions, says that he will pay a smuggler that will take him and others to South Africa. Mohamed says that the smuggler will take care of everything included the fact that he does not have a legal residence.

Basaaly discusses with Mohamed the wisdom of leaving Nairobi for South Africa, considering how unsafe South Africa is and the fact that all African countries are the same.

Mohamed says that he has $700.00 (seven hundred) good to get him through the trip. He was calling to tell Basaaly that he will contact him only if he runs into troubles.

GA-SUM-000021

**Intercept Date/Time:** May 1, 2008 05:27:30
To: MOALIN, Basaaly Saeed
From: DINI, Bashir  (6128120189)

Synopsis:

Basaaly tells Bashir that Dusa Marreb has been bombed by air early morning, just before the sunrise prayer and the man, who carries our name [clan''s man], is gone. Bashir asks who gave out the information; however Basaaly keep talking about the strike; it is on all the news; Basaaly claims that he spoke directly to ROBOW and that the strike is real and was confirmed by the people who were present. Basaaly tells Bashir that ten bodies have been recovered so far but there could more under the rubles. Basaaly says that only Dusa Marreb was hit and only one house was targeted.

GA-SUM-000566