UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>BASAALY MOALIN et al.,<br><br>        Defendants. | Case No. 10cr4246 JM<br><br>**ORDER FOLLOWING IN CAMERA REVIEW** |

On January 28, 2013, Defendants Basaaly Moalin, Mohamed Mohamed Mohamud, Issa Doreh and Ahmed Nasir Taalil Mohamud (collectively "Defendants") filed a motion entitled "Defendant's (sic) Joint Motion for Court Ordered Remedies to Address the Government's Violation of Brady v. Maryland ("Motion")." The Government opposed the Motion and, on January 30, 2013, the court entered an order addressing the Motion and requesting the Government to make several in camera submissions. Upon review of the in camera materials, this order follows.

The Redacted Emails

Upon review of the original emails, the court concludes that they need not be produced to Defendants pursuant to Brady, Fed.R.Crim.P. Rule 16, or the Jencks Act. Furthermore, relevant portions of the emails, albeit in redacted form, have already been produced to Defendants and are, in that sense, cumulative.

///

1  The General Assessment Questionnaire ("GAQ")

2      Upon review of the original GAQ, the court concludes that the GAQ need not be produced to

3  Defendants pursuant to <u>Brady</u>, Fed.R.Crim.P. Rule 16, or the Jencks Act.  Furthermore, relevant

4  portions of the GAQ have already been produced to Defendants and are, in that sense, cumulative.

5      **IT IS SO ORDERED.**

6  DATED: February 4, 2013

7                                                                    Hon. Jeffrey T. Miller

8  cc:          All parties                   United States District Judge