LINE ID: 3145182127 DIR: Unknown
TGT ID: 6192781189
INT DATE: 16 June 2008 TIME: 18:52:14 UTC
DURATION: 0:03:58
FROM: Basaaly Moalin
TO: Sheikh Hassan

HASSAN: Hello.

BASAALY: May peace be upon you.

HASSAN: May peace be upon you too.

BASAALY: Mister.

HASSAN: How are you doing?

BASAALY: Thanks to God.

HASSAN: Are you sick today?

BASAALY: No, no, no, I am not sick. I am doing very well.

HASSAN: What did you say, bro?

BASAALY: I am doing very well.

HASSAN: Okay, so what is going on?

BASAALY: Man, thanks to God.

HASSAN: Okay!

BASAALY: Man, I would like to assign you a task by the grace of God. Although, you are a fearful man who can't talk, okay.

HASSAN: Say again.

BASAALY: You are a fearful man and you can't explain

anything to anyone. You think everyone is well informed as you are.

HASSAN: Okay, go ahead.

BASAALY: [Laughing], you make references about birds and stuff; man people don't understand that; you are going to die only once, so give people straight forward information, man.

HASSAN: Man, you are not accountable with anything, you don't even know where you are; you talk as you wish, you don't know what you should hide and what you should not, so I am not going to be like you. Just give me the information.

BASAALY: Listen, this is what I want from you.

HASSAN: Okay, brother.

BASAALY: Man, eh, there is a matte that we haven't discussed thoroughly and it is just of a wake up call, which we will discuss from now on   .

HASSAN: Uh-hum.

BASAALY:   we are kind of little disorganized, you understand?

Uh-hum.

BASAALY: Eh, about the gentleman who left

HASSAN: Uh-hum.

BASAALY:   Remind me, man, about the communication we had...I mean, there were people who were responsible for organizing and taking care of the children of those who are gone and things like that, since they don't all have a contact number, you know? I mean, different routes were used to communicate to them, you understand?

HASSAN: Uh-hum, uh-hum.

BASAALY: The men...when things got out of hand... there were up to four people and they even changed their numbers.

HASSAN: Uh-hum.

BASAALY: Do you understand?

HASSAN: Uh-hum.

BASAALY: So, stuffs that belong to people are still remaining, eh, eh, at the Hawalah places. Do you know?

HASSAN: Uh-hum.

So, so, what we want is, if you can find Abdulkadir Ali Omar, if you can find him...

HASSAN: Uh-hum.

BASAALY: Of course he is aware of our system, eh, eh and our efforts, you understand?

HASSAN: Uh-hum.

BASAALY: So, tell him that the men who were in communication with the man are such and such..., in order to continue the work there; he needs to establish contact with those men. We are now in contact with the man, Roobka. Even though, people are all the same, of two people who are equal, you lean towards the one you are more familiar with and since the deeds are for the sake of God, you lean towards the person you relate to, Who you know and who knows you, and there is no suspicion between you; you know?

HASSAN: Very much so.

BASAALY: You understand?

HASSAN: Man, first of all, I am going to perform the noon prayers period; I will call you shortly. There is another situation at hand which relates to the same issue, so I will call you right back, so we have more time to talk. I will pray noon prayers with a group.

BASAALY: Okay, I to noon prayer is approaching and some guys are waiting for me and I want to meet them. Okay call me then when you have time and I will answer your phone call [OV]

HASSAN: Okay.

BASAALY:   That is if I have time. God willing.