AGE Associates, Inc.

CASE NAME:

CD EXHIBIT:             AGE & Associates, Inc.


DATE:                   02/09/2008 06:50

TIME:                   N/A

LANGUAGE:               SOMALI/ENGLISH

PARTICIPANTS:


ABBREVIATIONS:          [U/I] Unintelligible in English
                        [U/S] Unintelligible in Somali
                        [PH] Phonetic spelling
                        [English in Italics]
                        [ ] Translator's Notes

| PARTICIPANTS | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| UKNOWN MALE: | Pease be upon you. | Salaamu calaykum. |
| BASAALY: | Pease be upon you too. | Wacalaykuma salaam. |
| UKNOWN MALE: | Sheik Basal what is going on? | War sheekh basal haye. |
| BASAALY: | Sheik Mohamed. | Sheekh Maxamed. |
| UKNOWN MALE: | How are you doing? What is going on? | Waryaa ii waran maxaad heysaa. |
| BASAALY: | Thanks to god, I am fine. No problems. | Ninyahow Al xamdulilaah aad baan u fiicanahay , wax dhib ah ma jiro. |
| UKNOWN MALE: | We are doing fine. I hope you are doing fine too. Did you find those guys? | Waar waa la roonyahaye, aduu waad roontahay saw maahan, Nimankii ma is hesheen? |
| BASAALY: | Sheik Mohamed, I did not find those guys. I just got calling card and I want to call them by the will of god. | Ninayahow Sheekh Maxamedow isma aanaan helin , hada ayaan , hada ayaan kaar qortay, marka hadaan rabaa inaan Waco hadii ilaahay yiraahdo. |
| UKNOWN MALE: | They put us on trouble. Thirty five men are in the list and questioning me. | War ninyahow nimanku baxar bay na galiyeene , Shan iyo sodon nin baa saas   iigu dhagan oo ii haysta ma garatay. |
| BASAALY: | Okay | Haye. |
| UKNOWN MALE: | I send their stuff without knowing exact destination. We appear irresponsible people. | Waxoodiina diray meel ay u socotana aan la aqoonin, markaa anaga nafteena waxaan noqonay dad aan mas'uuliin ahayn ma ogtahay. |
| BASAALY: | Were of it sent out? | Horta ma waxbaa la diray hada? |
| UKNOWN MALE: | They send all Sheik. | Kuli waa la diray sheekh. |
| BASAALY: | Okay | Haye. |
| UKNOWN MALE: | It is complex issue. No recipient has collected it. No single recipient. | Bahashiina way cakirantahay, kuli wax la qaatay ma jirto, hal  qof lama qaadan xitaa. |
| BASAALY: | Okay | Haye. |
| UKNOWN MALE: | People are responsible and Sheiks [strict to the religion]. They send it first day of the month. | Dadku waa dad mas'uul ah waa dad wadaadu ah , bisha kowgeedii baa la wada diray ma ogtahay. |

| PARTICIPANTS | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| BASAALY: | Okay. | Haye. |
| UKNOWN MALE: | It is complicated. No single recipient has collected it. | Wayna wada cakirantahay, hal mid lama qaadanin. |
| BASAALY: | I got it. | Waa gartay. |
| UKNOWN MALE: | These sheiks confused us. By the will of god.  On the second time; we need to give us complete list with the telephone numbers. | Marka hade way na waaleen wadaadadu, marka al muhim insha.alaahu waxaan rabnaa liiskan oo mar labaad ah oo taleefoonadiisii ay ku qoranyihiin. |
| BASAALY: | Same list with the telephone numbers. | Asaga laftiisa oo taleefanadii  ku qoranyihiin. |
| UKNOWN MALE: | Telephone numbers on the list. | Taleefoonadii ku qoranyihiin. |
| BASAALY: | Those people need to be contacted them in order to verify if they received. | Oo dadkaasuna ay la xiriiraan si ay ma taqaanaa u ogaadaan inay waxoodii heleen. |
| UKNOWN MALE: | Exactly. Yes. | Exactly haa. |
| BASAALY: | After that. | Kabacdina, een. |
| UKNOWN MALE: | After that, They will write down telephone numbers of their relatives [U/I] | Kabacdi taleefoonkaas ayay ugu qora yaan , taleefada qaraabadooda iyo waxooda ha'usoo qoraan [U/I] |
| BASAALY: | No, That is it. Even if the person does not have a phone number. At least people have other means of contact; such as uncle, grandfather or known Sheik in the area. You can say "Care of" [U/I]. | Maya saas waaye haa, xataa at least dadku waxay leeyihiin  ma ogtahay, micnaha xataa qofku haduusan taleefan lahayn , waxaa jira adeer ama qof la yaqaano oo ama adeerkood ah ama awowgood ah ama nin sheekh ah oo la yaqaano, oo care of la yiraahdo hadhowtii, [U/I] xaajoodo ma ogtahay. |
| UKNOWN MALE: | Now there four areas [districts] that I suspended sending, but I sent all the others. Do you get it.? | Hada afar xaafadood baan joojiyay oo aan wali la dirin laakiin wixii kale oo dhan [UI] waa la diray ma garatay. |
| BASAALY: | I got it. | Waa gartay. |
| UKNOWN MALE: | We have a problem with this. If these guys are not organized. We have another new list with the telephone numbers and other information.  We gave them priority because they come first. | Marka ninyahow anagana dhib baa hada na haysata , haday nimankanu diyaar u ahayn liista kale ayaan haynaaba oo cusub oo taleefoonadeedii iyo waxeedii wadata , dee anagu Muhiimada waxaan u siinaynay iyagaa  soo horeeyay ayaan |

| PARTICIPANTS | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
|  |  | u siinaynay ma ogtahay . |
| BASAALY: | Yes. Yes. | Haa, haa. |
| UKNOWN MALE: | They need to give priority these people. It is important thing is to give to give priority to the people. It shouldn't be  [U/I] | Markaa waxaan dadka inay ihtimaam siiyaan ayaa lagama maarmaan ah, dadkan in  la siiyo , dadkan howshooda in aad [U/I] loo siiyo , maahan . |
| BASAALY: | [U/I] | [U/] een. |
| UKNOWN MALE: | Yeah. | Yaah. |
| BASAALY: | How is your plan for tomorrow? | Horta baritoolena , baritoole ka waran howshaada. |
| UKNOWN MALE: | Tomorrow I will file income tax. I will be there nine thirty. I don't know how long will take it. | Aniga bari Tax income baan xaraysanayaa , sagaalka iyo barka, ma aqaano inay igu qaadan doonto kabacdi ma ogtahay. |
| BASAALY: | Nine thirty. You will file in Ismael's office. | Sagaalka iyo barka , soo ismaaciil iyo meeshiisa kama xaraysanaysidoo? |
| UKNOWN MALE: | No. I will go Asad's used to file. | Maya waxaan ka xaraystaa Asad meel uu ka xaraysan jiray. |
| BASAALY: | Asad? | Asad? |
| UKNOWN MALE: | Yes. | Haa. |
| BASAALY: | If you want to do that tomorrow. I will wake up about same time nine [9:00am]. | Markaasayto intaas hadaad qabsanayso anuu waxaan soo kacayaa xiligaas ayaan soo kacaa nine [09:00am]  markay tahaan soo kacaa. |
| UKNOWN MALE: | Okay, Let us call each other by the will of god. | Dee waayahay ee aan isa soo wacno markaa haduu ilaahay yiraah. |
| BASAALY: | I will call you.  Answer the phone. By the will of god. | Markaasaan kusoo wacaayaa taleefoonkaada iga qabo insha.alaahu hadii ilaahay yiraahdo. |
| UKNOWN MALE: | Okay. By the will of god. | Waayahay insha.alaahu. |
| BASAALY: | Okay. Bye Sheik | Haye waa ku salaamaaya sheekhow. |
| UKNOWN MALE: | Peace be upon you. | Waayahay Calaykuma salaam. |
|  | End of the recording. | Dhamaadka duubitaanka |