**Certificate of Service**

I, Ahmed Ghappour, declare as follows:

I am a citizen of the United States and resident of Austin, TX; I am over the age of 18 years and not a party to the within action; my business address is: 727 E Dean Keeton St, Austin, TX, 78705; telephone number: (512) 232-7222.

On December 28, 2012, I served the referenced *Notice of Intention to Examine Witness* in *United States v. Basaaly Moalin*, 10-CR-4246-JM-01, by delivering a copy of the same to the parties indicated below, by ECF System, which electronically notifies them:

Alice L. Fontier (Defendant 1)

Joshua L. Dratel (Defendant 1)

Linda Moreno (Defendant 2)

Thomas Durkin (Defendant 4)

William P Cole (Government)

Caroline Pineda Han (Government)

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   February 8, 2013
              San Diego, CA.

s/ *Ahmed Ghappour*
Ahmed Ghappour
Declarant