ORIGINAL



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>BASAALY SAEED MOALIN (1),<br>  aka "Basal"<br>  aka "Muse Shekhnor Roble";<br>MOHAMED MOHAMED<br>MOHAMUD (2),<br>  aka "Mohamed Khadar"<br>  aka "Sheikh Mohamed";<br>ISSA DOREH (3)<br>  aka "Sheikh Issa";<br>AHMED NASIR TAALIL<br>MOHAMUD (4),<br><br>              Defendants. | CASE NO. 10cr4246-JM<br><br>**VERDICT** |

## COUNT 1

We, the jury in the above-entitled cause, unanimously find :

1.   The defendant, BASAALY SAEED MOALIN **Guilty**/ Not Guilty (*circle one*) of conspiracy to provide material support to terrorists as charged in Count 1 of the Indictment.

2.   The defendant, MOHAMED MOHAMED MOHAMUD **Guilty**/ Not Guilty

06cr2158

1  (*circle one*) of conspiracy to provide material support to terrorists as charged in Count
2  1 of the Indictment.

3
4  3.     The defendant, ISSA DOREH **Guilty** / **Not Guilty** (*circle one*) of conspiracy
5  to provide material support to terrorists as charged in Count 1 of the Indictment.

6
7  4.     The defendant, AHMED NASIR TAALIL MOHAMUD **Guilty** / **Not Guilty**
8  (*circle one*) of conspiracy to provide material support to terrorists as charged in Count
9  1 of the Indictment.

10
11                                  **COUNT 2**
12       We, the jury in the above-entitled cause, unanimously find :

13
14  5.     The defendant, BASAALY SAEED MOALIN **Guilty** / **Not Guilty** (*circle one*)
15  of conspiracy to provide material support to a foreign terrorist organization, namely
16  al-Shabaab, as charged in Count 2 of the Indictment.

17
18  6.     The defendant, MOHAMED MOHAMED MOHAMUD **Guilty** / **Not Guilty**
19  (*circle one*) of conspiracy to provide material support to a foreign terrorist
20  organization, namely al-Shabaab, as charged in Count 2 of the Indictment.

21
22  7.     The defendant, ISSA DOREH **Guilty** / **Not Guilty** (*circle one*) of conspiracy
23  to provide material support to a foreign terrorist organization, namely al-Shabaab, as
24  charged in Count 2 of the Indictment.

25
26  8.     The defendant, AHMED NASIR TAALIL MOHAMUD **Guilty** / **Not Guilty**
27  (*circle one*) of conspiracy to provide material support to a foreign terrorist
28  organization, namely al-Shabaab, as charged in Count 2 of the Indictment.

**COUNT 3**

We, the jury in the above-entitled cause, unanimously find :

9. The defendant, BASAALY SAEED MOALIN **[Guilty]** / **Not Guilty** (*circle one*) of conspiracy to launder monetary instruments as charged in Count 3 of the Indictment.

10. The defendant, MOHAMED MOHAMED MOHAMUD **[Guilty]** / **Not Guilty** (*circle one*) of conspiracy to launder monetary instruments as charged in Count 3 of the Indictment.

11. The defendant, ISSA DOREH **[Guilty]** / **Not Guilty** (*circle one*) of conspiracy to launder monetary instruments as charged in Count 3 of the Indictment.

12. The defendant, AHMED NASIR TAALIL MOHAMUD **[Guilty]** / **Not Guilty** (*circle one*) of conspiracy to launder monetary instruments as charged in Count 3 of the Indictment.

**COUNT 4**

We, the jury in the above-entitled cause, unanimously find :

13. The defendant, BASAALY SAEED MOALIN **[Guilty]** / **Not Guilty** (*circle one*) of providing material support to terrorists as charged in Count 4 of the Indictment.

[*If you find defendant guilty of this charge, you do not need to answer question 14 regarding attempt. You should proceed to question 15. If however, you do not find defendant BASAALY SAEED MOALIN guilty of providing material support to terrorists you must proceed to answer question 14*].

06cr2158

14. The defendant, BASAALY SAEED MOALIN **Guilty / Not Guilty** (*circle one*) of attempting to provide material support to terrorists as charged in Count 4 of the Indictment.

## COUNT 5

We, the jury in the above-entitled cause, unanimously find :

15. The defendant, BASAALY SAEED MOALIN **Guilty /Not Guilty** (*circle one*) of providing material support to a foreign terrorist organization, namely al-Shabaab, as charged in Count 5 of the Indictment.

*[If you find the defendant BASAALY SAEED MOALIN guilty of this charge, you do not need to answer question 16 regarding attempt. You should proceed to question 17. If however, you do not find defendant BASAALY SAEED MOALIN guilty of providing material support to a terrorist organization you must proceed to answer question 16.]*

16. The defendant, BASAALY SAEED MOALIN **Guilty / Not Guilty** (*circle one*) of attempting to provide material support to a foreign terrorist organization, namely al-Shabaab, as charged in Count 5 of the Indictment.

17. The defendant, MOHAMED MOHAMED MOHAMUD **Guilty / Not Guilty** (*circle one*) of providing material support to a foreign terrorist organization, namely al-Shabaab, as charged in Count 5 of the Indictment.

*[If you find defendant MOHAMED MOHAMED MOHAMUD guilty of this charge, you do not need to answer question 17 regarding attempt. You should proceed to question 19. If however, you do not find defendant MOHAMED MOHAMED*

1  MOHAMUD guilty of providing material support to terrorists you must proceed to
2  answer question 18.]
3
4  18.     The defendant, MOHAMED MOHAMED MOHAMUD **(Guilty)** / **Not Guilty**
5  (*circle one*) of attempting to provide  material support to a foreign terrorist
6  organization, namely al-Shabaab, as charged in Count 5 of the Indictment.
7
8  19.     The defendant, ISSA DOREH **(Guilty)** / **Not Guilty** (*circle one*) of providing
9  material support to a foreign terrorist organization, namely al-Shabaab, as charged in
10  Count 5 of the Indictment.
11
12      [If you find defendant ISSA DOREH guilty of this charge, you do not need to
13  answer question 20  regarding attempt.  You should have your foreperson sign and
14  date this form and contact the bailiff.  If however, you do not find defendant ISSA
15  DOREH guilty of providing material support to a foreign terrorist organization you
16  must proceed to answer question 20.]
17
18  20.     The defendant, ISSA DOREH **Guilty / Not Guilty** (*circle one*) of attempting to
19  provide  material support to a foreign terrorist organization, namely al-Shabaab, as
20  charged in Count 5 of the Indictment.
21
22  Dated: February 22 , 2013                  ███████████████████████████
23                                              FOREPERSON OF THE JURY