MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA                     VS                     MOALIN et al

___ Plaintiff   _X_ Defendant   ___ Court   Type of Hearing: JURY TRIAL

Case Number: 10CR4246-JM

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A | February 7, 2013 | February 7, 2013 | Photograph of house of Basaaly Moalin |
| B | February 7, 2013 | February 7, 2013 | Photograph of house of Basaaly Moalin (different view of exb A) |
| C | February 7, 2013 | February 7, 2013 | Copy of deed of Basaaly Moalins house |
| C-1 | February 7, 2013 | February 7, 2013 | Copy of deed of Basaaly Moalins house (English version of exb C) |
| D | February 8, 2013 | February 8, 2013 | Form with names titled 'The Somali Republic' |
| D-T | February 8, 2013 | February 8, 2013 | English translation of Exhibit D |
| E | February 8, 2013 | February 8, 2013 | ILEYS Foundation Documents |
| E-T | February 8, 2013 | February 8, 2013 | English translations of Exhibit E |
| F | February 8, 2013 | February 8, 2013 | ILEYS Foundation Documents |
| I | February 11, 2013 | February 11, 2013 | Photo of Farah Yare |
| K | February 8, 2013 | February 8, 2013 | Police Budget |
| K-T | February 8, 2013 | February 8, 2013 | English translation of K |
| L | February 8, 2013 | February 8, 2013 | Abukar Dahir Mohamed Advisor of Minister ID |
| U | February 4, 2013 | February 4, 2013 | Copy of Mohamud A Ahmed Bank of America Debit Card |
| V | February 4, 2013 | February 4, 2013 | Sorted Excel Spreadsheet (Exb Govt 46) |
| W | February 4, 2013 | | General Assessment Questionnaire |
| X | January 31, 2013 | | Letter from Caroline Han dated 2/3/2012 |
| AA | January 31, 2013 | | Washington's Self-Defeating Somalia Policy |
| BB | February 4, 2013 | | Email. To Michael Kaisaer |
| CC | February 4, 2013 | | Email. Translation Summary |
| DD | February 4, 2013 | | Email. Subject: Possible money transfer from Somalia to US |
| EE | February 4, 2013 | | Email from Michael Kaiser |
| FF | February 4, 2013 | | Email from Michael Kaiser |
| GG | February 7, 2013 | | Deposition Transcripts |
| HH | February 7, 2013 | | Deposition Transcripts |

| | | | |
|---|---|---|---|
| II | February 7, 2013 | | Deposition Transcripts |
| JJ | February 13, 2013 | February 13, 2013 | Email to Guled from Farah Yare (header only admitted) |
| KK | February 13, 2013 | February 13, 2013 | Photograph of Farah Yare |
| MM | February 11, 2013 | February 11, 2013 | Photograph of Abdi Elmi interpreting at diner in White House |
| NN | February 13, 2013 | | Photograph of Farah Yare |
| OO | February 11, 2013 | | Portions of transcripts |
| PP | February 13, 2013 | February 13, 2013 | Banner describing Guricel Project |
| QQ | February 11, 2013 | February 13, 2013 | Banner describing Guricel Project |
| RR | February 13, 2013 | February 13, 2013 | Photograph of ILEYS road clearing project |
| UU | February 13, 2013 | February 13, 2013 | Screen shot of Farah Yare |
| VV | February 13, 2013 | February 13, 2013 | Farah Yare holding ledger page |
| WW | February 13, 2013 | February 13, 2013 | Farah Yare holding ledger page |
| ZZ | January 31, 2013 | | Somalia: State Collapse - Ken M. |
| AN 53-S1 | February 12, 2013 | February 12, 2013 | Part of Governments exhibit 53 Spreadsheet |
| AN 53-S2 | February 12, 2013 | February 12, 2013 | Part of Governments exhibit 53 Spreadsheet |
| AN 1-T | February 11, 2013 | February 11, 2013 | Transcripts |
| AN 2-T | February 11, 2013 | February 11, 2013 | Transcripts |
| AN 3 | February 11, 2013 | February 11, 2013 | Transcripts |
| AN122-T | February 11, 2013 | February 11, 2013 | Transcripts |
| AN 125-T | February 11, 2013 | February 11, 2013 | Transcripts |
| AN 127-T | February 11, 2013 | February 11, 2013 | Transcripts |
| AN 186-T | February 11, 2013 | February 11, 2013 | Transcripts |
| MMM-1 | February 11, 2013 | February 11, 2013 | Transcripts |
| MMM-2 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT121 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT123 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT124 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT126 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT128 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT130 | February 7, 2013 | February 7, 2013 | Transcripts |
| TT131 | February 7, 2013 | February 7, 2013 | Transcripts |
| TT134 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT135 | February 11, 2013 | February 11, 2013 | Transcripts |

| | | | |
|---|---|---|---|
| TT136 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT140 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT140-A | February 11, 2013 | February 11, 2013 | Transcripts |
| TT141 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT143 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT144 | February 7, 2013 | February 7, 2013 | Transcripts |
| TT148-A | February 11, 2013 | February 11, 2013 | Transcripts |
| TT155 | February 7, 2013 | February 7, 2013 | Transcripts |
| TT156 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT162 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT167-A | February 11, 2013 | February 11, 2013 | Transcripts |
| TT167-B | February 11, 2013 | February 11, 2013 | Transcripts |
| TT169-A | February 11, 2013 | February 11, 2013 | Transcripts |
| TT169-B | February 11, 2013 | February 11, 2013 | Transcripts |
| TT-171 | February 11, 2013 | February 11, 2013 | Transcripts |
| TT191 | February 7, 2013 | February 7, 2013 | Transcripts |
| TT196-A | February 11, 2013 | February 11, 2013 | Transcripts |
| TT-198 | February 11, 2013 | February 11, 2013 | Transcripts |
| 136-S | February 11, 2013 | February 11, 2013 | Governments 136 in Somali Language |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |