MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

WITNESS LIST

| USA | VS | MOALIN et al |
|---|---|---|
| | Type of Hearing: | JURY TRIAL |
| | Case Number: | 10CR4246 JM |

| DATE | PLF. | DEF. | WITNESS NAME |
|---|---|---|---|
| January 30, 2013 | X | | MATTHEW BRYDEN |
| January 31, 2013 | X | | CONCEPCION FLORES |
| January 31, 2013 | X | | ISAGANI CAMANGIAN |
| January 31, 2013 | X | | DONNA LOCSIN |
| January 31, 2013 | X | | WILLIAM T VIA |
| January 31, 2013 | X | | VICTORIA HOMFELD |
| January 31, 2013 | X | | MATTHEW BRYDEN |
| February 4, 2013 | X | | VICTORIA HOMFELD |
| February 4, 2013 | X | | COLLEEN REDING |
| February 4, 2013 | X | | LIBAN HAJI ABDIRAHMAN |
| February 4, 2013 | X | | COLBY O'VERY |
| February 5, 2013 | X | | COLBY O'VERY |
| February 5, 2013 | X | | MATTHEW BRYDEN |
| February 6, 2013 | X | | COLBY O'VERY |
| February 6, 2013 | X | | DONALD WILLOW |
| February 6, 2013 | X | | SHANNON JENKINSON |
| February 6, 2013 | X | | BERRY TRENT |
| February 6, 2013 | X | | STEVEN CARRILLO |
| February 7, 2013 | | X | NAJIB MOHAMED (Video deposition) |
| February 7, 2013 | | X | SHARIF ABDI (Video deposition) |
| February 7, 2013 | | X | CHRISTOPHER CHANG |
| February 8, 2013 | | X | CHRISTOPHER CHANG |
| February 8, 2013 | | X | ABUKAR DAHIR MOHAMMED (Video deposition) |
| February 11, 2013 | | X | HALIMA ISMAIL IBRAHIM |
| February 11, 2013 | | X | ABDI ELMI |

| | | | |
|---|---|---|---|
| February 11, 2013 | | X | ABUKAR DAHIR MOHAMMED (Video deposition) |
| February 12, 2013 | | X | SHEIK ABDUL RAHMAN, aka GEEDOW QUOROW (Video deposition) |
| February 12, 2013 | | X | OSMAN ISSE NUUR (Video deposition) |
| February 13, 2013 | | X | ABDISALAM YUSUF GULED |
| February 13, 2013 | | X | HASSAN GULED (Video deposition) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |