# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOALIN, ET AL,<br><br>　　　　　　　　Defendants. | CASE NO.  10CR4246-JM<br><br>**ORDER RE: COURT EXHIBITS AND VERDICT FORM** |

　　　The Court Exhibits and Verdict form submitted in the above-entitled action are ordered to be redacted, removing the names of jurors.  The redacted documents are to be made available to interested parties and accessible from the public computer terminals. The original documents are to be sealed until further order of the court.

　　　IT IS SO ORDERED.

DATED: March 11, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge