**HOLLY A. SULLIVAN**
California State Bar No. 216376
110 West C Street, Suite 1903
San Diego, California 92101
Telephone: (619) 269-8054
Fax: (619) 794-2263
Email: hollyasullivan@yahoo.com

Attorney for MOALIN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BASAALY MOALIN ET AL,<br><br>    Defendants. | Case No. 10cr4246<br><br>JOINT MOTION TO CONTINUE POST-TRIAL MOTIONS AND AND SENTENCINGS |

**IT IS HEREBY STIPULATED** between the parties, due to the unavailability of counsel at the previously set date, that post-trial motions and sentencings scheduled for May 16, 2013 at 9:00 a.m. be continued to June 27, 2013 at 9:00 a.m., before the Honorable Jeffrey T. Miller.

**IT IS SO STIPULATED AND AGREED.**

DATED: April 3, 2013                    s/ Joshua L. Dratel
                                        Joshua L. Dratel
                                        DRATEL & MYSLIWIEC, P.C.
                                        2 Wall Street, 3rd Floor
                                        New York, New York 10005
                                        *Attorneys for Basaaly Moalin*

DATED: April 3, 2013

s/ Linda Moreno  
Linda Moreno  
PO Box 10985  
Tampa, FL 33679  
*Attorney for Mohamed Mohamed Mohamud*

DATED: April 3, 2013

s/ Ahmed Ghappour  
Ahmed Ghappour  
The Law Offices of Ahmed Ghappour  
PO Box 20367  
Seattle, WA 98102  
*Attorney for Issa Doreh*

DATED: April 3, 2013

s/Thomas Durkin  
Thomas Anthony Durkin  
Durkin & Roberts  
2446 North Clark Street  
Chicago, IL 60614  
*Attorney for Ahmed Nasir Taalil Mohamud*

DATED: April 3, 2013

s/ William Cole  
William P. Cole  
U S Attorneys Office Southern District of California: Criminal Division  
880 Front Street  
Room 6293  
San Diego, CA 92101  
*Attorneys for the United States*