HOLLY A. SULLIVAN
California State Bar No. 216376
110 West C Street, Suite 1903
San Diego, CA  92101
(619) 269-8054 (tel)
(619) 794-2263  (fax)
E-mail: hollyasullivan@yahoo.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10cr4246 |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| BASAALY MOALIN ET AL, | |
| Defendants. | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Copy Assistant U.S. Attorney via ECF

    Copy all registered counsel for defendants via ECF

Dated:  April 3, 2013

/s/ HOLLY A. SULLIVAN
110 West C Street, Suite 1903
San Diego, CA  92101
(619) 269-8054 (tel)
(619) 794-2263  (fax)
hollyasullivan@yahoo.com (email)