UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 10cr4246 JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | SCHEDULING ORDER |
| BASAALY SAEED MOALIN, et al | ) | |
| Defendants. | ) | |

    On June 4, 2013, Attorney Joshua Dratel, on behalf of all defense counsel for defendants, sent a letter to the court via facsimile requesting to continue the sentencings of all four defendants in this matter to mid-October. Upon receipt of this letter, the Court set a *telephonic* Status Conference for 2:30 p.m. on June 10, 2013. All defense counsel participated and waived the appearance of their clients. All defense counsel, as well as counsel for the government, concurred with the following schedule which the court now sets:

    1.    The sentencing hearing for Defendants 1-3, Basaaly Saeed Moalin, Mohamed Mohamed Mohamud and Issa Doreh, currently scheduled for June 26, 2013 is hereby continued to ***September 16, 2013 at 9:00 a.m.***

    2.    The sentencing hearing for Defendant 4, Ahmed Nasir Taalil Mohamud, is hereby continued to ***September 30, 2013 at 9:00 a.m.***

3. Any objections to the PSRs are due on or before *August 2, 2013*.

4. Any Addendums to the PSRs are due by *August 16, 2013.*

5. All sentencing papers from all parties (memoranda, requests for departures and variances, sentencing summary charts, letters and exhibits) are due by *September 3, 2013*.

IT IS SO ORDERED.

DATED: June 11, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge