

We just heard from another agency that Ayrow tried to make a call to Basaaly today, but the call didn't go through. If you see anything today, can you give us a shout? We're extremely interested in getting real-time info (location/new #'s) on Ayrow.

Thanks again for all your help,



12/5/2012

GA-ABDIRAHMAN-000006