```
 1  LAURA E DUFFY
    United States Attorney
 2  WILLIAM P. COLE/CAROLINE P. HAN
 3  Assistant U.S. Attorneys
    California Bar No.: 186772/250301
 4  STEVEN P. WARD
 5  Trial Attorney
    D.C. Bar No. 395410
 6  880 Front Street, Room 6293
 7  San Diego, CA 92101
    Tel: (619) 546-6762/6968
 8  Fax: (619) 546-0631
 9  Email:  william.p.cole@usdoj.gov
10          caroline.han@usdoj.gov

11  Attorneys for the United States
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 10CR4246-JM |
|---|---|
| Plaintiff, | |
| v. | **JOINT MOTION:** <br> **(1) FOR EXTENSION OF TIME FOR UNITED STATES' RESPONSE TO DEFENDANTS' NEW TRIAL MOTION; AND** <br> **(2) TO CONTINUE SENTENCING** |
| BASAALY SAEED MOALIN (1), <br> MOHAMED MOHAMED <br>     MOHAMUD (2), <br> ISSA DOREH (3), <br> AHMED NASIR TAALIL <br>     MOHAMUD (4) | |
| Defendants. | |

Plaintiff United States of America and Defendants Basaaly Saeed Moalin, Mohamed Mohamed Mohamud, Issa Doreh and Ahmed Nasir Taalil Mohamud jointly move the Court for an order extending the time for the United States' response to Defendants' new trial motion from September 18, 2013, to September 30, 2013. In support of this motion, it is submitted:

1.  Defendants' New Trial Motion is approximately 38 pages in length and incorporates over 90 pages of briefing from other cases.

2.  The assigned prosecutors have determined that, in order to prepare an appropriate response, they will need to confer with other federal agencies. Moreover, the response papers may include classified information, with the attendant logistical issues involved in preparing, handling and appropriately filing such information.

3.  Accordingly, the United States requests 12 additional days to prepare its response. Defendants agree to this requested continuance.

4.  If the Court grants the above-referenced extension, the parties respectfully request that the Court also issue an order:

    a.  Requiring that Defendants file their reply brief no later than October 7, 2013;

    b.  Scheduling Defendants' sentencing hearing on a date convenient to the Court during the week of November 11, 2013; and

//

//

c.  Requiring that all sentencing memoranda be filed no later than 14 days before the sentencing hearing.

DATED: September 9, 2013                          Respectfully submitted,

LAURA E. DUFFY
United States Attorney

| | |
|---|---|
| /s/William P. Cole | /s/Linda Moreno |
| WILLIAM P. COLE | LINDA MORENO |
| CAROLINE P. HAN | P.O. Box 10985 |
| Assistant United States Attorneys | Tampa, Florida 33679 |
| STEVEN P. WARD | |
| Trial Attorney | Attorney for Mohamed Mohamud |
| | |
| /s/Joshua L. Dratel | /s/Ahmed Ghappour |
| JOSHUA L. DRATEL | AMHED GHAPPOUR |
| JOSHUA L. DRATEL, P.C. | Law Offices of Ahmed Ghappour |
| 29 Broadway, Suite 1412 | P.O. Box 20367 |
| New York, NY 10006 | Seattle, Washington 98102 |
| | |
| Attorneys for Basaaly Moalin | Attorney for Issa Doreh |

/s/Thomas A. Durkin
THOMAS A. DURKIN
Durkin & Roberts
Attorneys and Counselors
2446 North Clark Street
Chicago, Illinois 60614

Attorneys for Ahmed Nasir Taalil Mohamud