# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BASAALY SAEED MOALIN (1),<br><br>Defendants. | Case No.: 10CR4246-JM<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, WILLIAM P. COLE, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of **JOINT MOTION: (1) FOR EXTENSION OF TIME FOR UNITED STATES' RESPONSE TO DEFENDANTS' NEW TRIAL MOTION; AND (2) TO CONTINUE SENTENCING** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Josehua L. Dratel | jdratel@joshuadratel.com |
| Alice L. Fontier | alicefontieresq@gmail.com |
| Holly A. Sullivan | HollyASullivan@yahoo.com |
| Thomas A. Durkin | tdurkin@durkinroberts.com |
| Ahmed Ghappour | aghappour@gmail.com |
| Linda Moreno | lindamoreno.esquire@gmail.com |

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  September 9, 2013.

/s/WILLIAM P. COLE
Assistant U.S. Attorney