UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10cr4246-JM |
| Plaintiff, ) | |
| v. ) | SCHEDULING ORDER |
| BASAALY MOALIN et al., ) | |
| Defendants. ) | |

Following a *telephonic* scheduling conference with all parties on September 11, 2013, the court sets the following schedule on the motion for new trial:

1. Opposition to Defendants' motion for new trial shall be served and filed by September 30, 2013;

2. An optional reply brief may be served and filed by October 7, 2013; and

3. Oral argument on the motion for new trial is calendared for ***1:30 p.m. on November 13, 2013.***

The court sets the following schedule for sentencing related matters:

1. All sentencing related documents shall be served and filed by October 28, 2013;

2. Any responses to the sentencing documents shall be served and filed by November 4, 2013; and

3. In the event the motion for new trial is not granted, the sentencing hearing for all Defendants will go forward on *November 18, 2013 at 9:30 a.m.*

**IT IS SO ORDERED.**

DATED: September 11, 2013

                                           Hon. Jeffrey T. Miller
                                           United States District Judge

cc:  All parties