UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BASAALY MOALIN; MOHAMED ) <br> MOHAMUD; ISSA DOREH; and ) <br> AHMED NASIR TAALIL ) <br> MOHAMUD, ) <br> ) <br> Defendants. ) <br> ) | Case No. 10cr4246 JM <br><br> ORDER EXTENDING TIME |

IT IS HEREBY ORDERED that the time to file the Defendants' Reply to the Government's Response to Defendants' Motion for a New Trial is extended from October 7, 2013 until Wednesday, October 9, 2013.

IT IS SO ORDERED.

DATED: October 9, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge

1

10cr4246