UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>BASAALY MOALIN; MOHAMED MOHAMUD; ISSA DOREH; and AHMED NASIR TAALIL MOHAMUD,<br><br>　　　　　　　Defendants. | Case No. 10cr4246 JM<br><br>ORDER EXTENDING TIME |

　　IT IS HEREBY ORDERED that the time to file the Defendants' Reply to the Government's Response to Defendants' Motion for a New Trial is extended from October 9, 2013 until **Thursday, October 10, 2013.**

　　IT IS SO ORDERED.

DATED: October 10, 2013

　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge