**HOLLY A. SULLIVAN**
California State Bar No. 216376
110 West C Street, Suite 1903
San Diego, CA  92101
(619) 269-8054 (tel)
(619) 794-2263  (fax)
E-mail: hollyasullivan@yahoo.com

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JEFFREY T. MILLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10CR4246-JM |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| BASAALY MOALIN et al., | |
| Defendant. | |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

          Copy Assistant U.S. Attorney via ECF
          Copy all Defense Counsel Electronically Noticed via ECF

Dated: October 10, 2013

           /S/JOSHUA L. DRATEL
           Joshua L. Dratel, Esq.
           JOSHUA L.DRATEL, P.C.
           29 Broadway, Suite 1412
           New York, New York 10006
           (212) 732-0707
           (212) 571-3792
           jdratel@joshuadratel.com