**JOSHUA L. DRATEL**
Admitted *Pro Hac Vice*
JOSHUA L. DRATEL, P.C.
29 Broadway, Suite 1412
New York, New York 10006
Telephone: (212) 732-0707

**ALICE FONTIER**
California State Bar No.229994
369 Lexington Avenue, 2d fl., #224
New York, New York 10017
Telephone:  (212) 256-1244

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10CR4246-JM |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| BASAALY MOALIN et al., | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

Copy Assistant U.S. Attorney via ECF
Copy all Defense Counsel Electronically Noticed via ECF

Dated: November 14, 2013

    /S/ JOSHUA L. DRATEL
Joshua L. Dratel, Esq.
JOSHUA L.DRATEL, P.C.
29 Broadway, Suite 1412
New York, New York 10006
(212) 732-0707
(212) 571-3792
jdratel@joshuadratel.com