```
                    United States District Court

                   Southern District of California


UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )
     vs.                       ) Case No. 10-CR-4246 JM
                               ) Jury Trial
BASAALY SAEED MOALIN,          ) Master Index of
MOHAMAD MOHAMAD MOHAMUD        )    Witnesses and Exhibits
ISSA DOREH,                    )
AHMED NASIR TAALIL MOHAMUD,    ) Volume A
                               )
              Defendants.      )
_____)
```

Official Court Reporter: Debra M. Henson, CSR, RPR
                         U.S. Courthouse
                         221 W. Broadway, Suite 5190
                         San Diego, CA  92101
                         (619) 238-4538

1                      M a s t e r   I n d e x

2    Volume 1 - Monday, January 28, 2013

3    Jury Voir Dire

4    Volume 2 - Tuesday, January 29, 2013

5    Jury Voir Dire

6    Volume 3 - Wednesday, January 30, 2013
                                                                Page
7
     Opening Statement by Ms. Han                            374 - 387
8    Opening Statement by Mr. Dratel                         388 - 398
     Opening Statement by Ms. Moreno                         398 - 404
9    Opening Statement by Mr. Ghappour                       407 - 414
     Opening Statement by Mr. Durkin                         414 - 420
10
     Witnesses                                                  Page
11
     **Matthew Bryden**
12   Direct Examination by Ms. Han                              421
     Voir Dire Examination by Mr. Dratel                        479
13   Direct Examination, cont'd by Ms. Han                      480

14                       E x h i b i t s

15   Exhibits        Description                    For ID    In Evd
     2               Map (Somalia)                    435       436
16   3               Map (Galgaduud)                  436       436
     4               Map (Mogadishu)                  436       436
17   5               Map (Africa)                     436       436
     20              Photograph                       447       447
18   28              Time line                        448       448
     2-A             Enlargement (Ex. 2)              450
19   22              Photograph                       465       466
     23              Photograph                       465       466
20   24              Photograph                       465       466
     13              Photograph                       479       480
21   27              Photograph                       479       480
     21              Photograph                       491       491
22   18              Photograph                       516       516
     25-A            Photograph                       522
23   25-C            Photograph                       522
     25-B            Photograph                       523       523
24   26              Photograph                       529       529

25

| | |
|---|---|
| 1 | Volume 4 - Thursday, January 31, 2013 |
| 2 | Witnesses                                                    Page |

**Matthew Bryden**

| Cross-Examination by Mr. Dratel | 559 |
|---|---|
| Cross-Examination by Ms. Moreno | 639 |
| Cross-Examination by Mr. Durkin | 646 |
| Redirect Examination by Ms. Han | 655 |
| Recross-Examination by Mr. Dratel | 665 |

**Concepcion Flores**

| Direct Examination by Ms. Han | 675 |
|---|---|
| Cross-Examination by Ms. Moreno | 686 |

**Isagani Camangian**

| Direct Examination by Ms. Han | 690 |
|---|---|
| Cross-Examination by Mr. Durkin | 694 |
| Cross-Examination by Ms. Fontier | 703 |
| Redirect Examination by Ms. Han | 704 |

**Donnah Locsin**

| Direct Examination by Mr. Cole | 708 |
|---|---|
| Cross-Examination by Ms. Fontier | 746 |
| Cross-Examination by Mr. Ghappour | 760 |

**William T. Via**

| Direct Examination by Mr. Ward | 768 |
|---|---|
| Cross-Examination by Mr. Dratel | 779 |
| Cross-Examination by Mr. Durkin | 782 |
| Redirect Examination by Mr. Ward | 787 |
| Recross-Examination by Mr. Dratel | 788 |

**Victora Homfeld**

| Direct Examination by Mr. Ward | 790 |
|---|---|

E x h i b i t s

| Exhibits | Description | For ID | In Evd |
|---|---|---|---|
| Y | Photograph | 585 | |
| AA | Article (Bryden) | 634 | |
| 29 | I-485 | 676 | 677 |
| 9 | Record of Sworn Statement | 677 | 677 |
| 11 | N-400 | 691 | 691 |
| 14 | Photograph | 719 | 719 |
| 53 | CD (Shidaal) | 723 | 742 |
| 58 | Transaction record log | 742 | 744 |
| 46 | Shidaal transactions | 763 | 764 |
| 65 | Chart | 771 | 771 |
| 50 | Screen shot | 796 | 796 |

```
 1  Volume 5 - Monday, February 4, 2013

 2  Witnesses                                              Page

 3  Victoria Homfeld
    Direct Examination, cont'd by Mr. Ward                 808
 4  Cross-Examination by Mr. Ghappour                      813

 5  Colleen Reding
    Direct Examination by Mr. Cole                         822
 6
    Liban Haji Abdirahman
 7  Direct Examination by Mr. Ward                         831
    Cross-Examination by Ms. Fontier                       904
 8  Cross-Examination by Ms. Moreno                        963
    Redirect Examination by Mr. Ward                       968
 9
    Colby O'Very
10  Direct Examination by Mr. Cole                         983

11                      E x h i b i t s

12  Exhibits        Description                  For ID   In Evd
    52              CD                             811      812
13  U               Photo                          815      815
    V               Excel spreadsheet              819      819
14  39              Chart                          824
    1-A             Passport application           849      849
15  6               Driver ID (Moalin)             851      851
    100             CD                             860      862
16  101             CD                             860      862
    102             CD                             860      862
17  103             CD                             860      862
    104             CD                             860      862
18  105             CD                             860      862
    106             CD                             860      862
19  107             CD                             860      862
    108             CD                             860      862
20  109             CD                             860      862
    110             CD                             860      862
21  111             CD                             860      862
    112             CD                             860      862
22  113             CD                             860      862
    114             CD                             860      862
23  115             CD                             860      862
    116             CD                             860      862
24  117             CD                             860      862
    118             CD                             860      862
25  120             Transcript                     860      863
    121             Transcript                     860      863
```

```
   1   Volume 5 - Monday, February 4, 2013, cont'd

   2   122             Transcript                      860     863
       123             Transcript                      860     863
   3   124             Transcript                      860     863
       125             Transcript                      860     863
   4   126             Transcript                      860     863
       127             Transcript                      860     863
   5   128             Transcript                      860     863
       129             Transcript                      860     863
   6   130             Transcript                      860     863
       131             Transcript                      860     863
   7   132             Transcript                      860     863
       133             Transcript                      860     863
   8   134             Transcript                      860     863
       135             Transcript                      860     863
   9   136             Transcript                      860     863
       137             Transcript                      860     863
  10   138             Transcript                      860     863
       139             Transcript                      860     863
  11   140             Transcript                      860     863
       141             Transcript                      860     863
  12   142             Transcript                      860     863
       143             Transcript                      860     863
  13   144             Transcript                      860     863
       145             Transcript                      860     863
  14   146             Transcript                      860     863
       147             Transcript                      860     863
  15   148             Transcript                      860     863
       149             Transcript                      860     863
  16   150             Transcript                      860     863
       151             Transcript                      860     863
  17   152             Transcript                      860     863
       153             Transcript                      860     863
  18   154             Transcript                      860     863
       155             Transcript                      860     863
  19   156             Transcript                      860     863
       157             Transcript                      860     863
  20   158             Transcript                      860     863
       159             Transcript                      860     863
  21   160             Transcript                      860     863
       161             Transcript                      860     863
  22   162             Transcript                      860     863
       163             Transcript                      860     863
  23   164             Transcript                      860     863
       165             Transcript                      860     863
  24   166             Transcript                      860     863
       167             Transcript                      860     863
  25   168             Transcript                      860     863
       169             Transcript                      860     863
```

```
Volume 5 - Monday, February 4, 2013, cont'd

170             Transcript                          860        863
171             Transcript                          860        863
172             Transcript                          860        863
173             Transcript                          860        863
174             Transcript                          860        863
175             Transcript                          860        863
176             Transcript                          860        863
177             Transcript                          860        903
178             Transcript                          860        863
179             Transcript                          860        863
180             Transcript                          860        863
181             Transcript                          860        863
182             Transcript                          860        863
183             Transcript                          860        863
184             Transcript                          860        863
185             Transcript                          860        863
186             Transcript                          860        863
187             Transcript                          860        863
188             Transcript                          860        863
189             Transcript                          860        863
190             Transcript                          860        863
191             Transcript                          860        863
192             Transcript                          860        863
193             Transcript                          860        863
194             Transcript                          860        863
195             Transcript                          860        863
196             Transcript                          860        863
197             Transcript                          860        863
198             Transcript                          860        863
199             Transcript                          860        863
W               Document                            934
BB              Emails                              937
CC              Email                               946
DD              Email                               950
17              Photo                               985        985
36              Photo                               985        985
34              Photo                               985        985
35              Photo                               985        985
59              Subscriber info                     987        987
60              Subscriber info                     987        987
61              Subscriber info                     987        987
62              Subscriber info                     987        987
63              Subscriber info                     987        987
55              Subscriber info (summary)           988        989
```

1   Volume 6 - Tuesday, February 5, 2013

2   Witnesses                                                Page

3   **Colby O'Very**
    Direct Examination, cont'd by Mr. Cole                   1006
4
    **Matthew Bryden**
5   Direct Examination by Ms. Han                            1069
    Cross-Examination by Mr. Dratel                          1095

1  Volume 7 - Wednesday, February 6, 2013

2  Witnesses                                                    Page

3  **Donald Willow**
   Direct Examination by Ms. Han                                1156
4
   **Shannon Jenkinson**
5  Direct Examination by Mr. Ward                               1157

6  **Steven Carrillo**
   Direct Examination by Mr. Ward                               1161
7
   **Barry Trent**
8  Direct Examination by Ms. Han                                1163

9  **Colby O'Very**
   Direct Examination, cont'd by Mr. Cole                       1165
10 Cross-Examination by Mr. Dratel                              1197
   Cross-Examination by Ms. Moreno                              1231
11 Cross-Examination by Mr. Ghappour                            1239

12

13                       E x h i b i t s

14 | Exhibits | Description   | For ID | In Evd |
   |----------|---------------|--------|--------|
   | 141-A    | Bank records  | 1178   | 1178   |
15 | 40-A     | Bank records  | 1185   | 1185   |

16

17

18

19

20

21

22

23

24

25

1  Volume 8 - Thursday, February 7, 2013

2  Witnesses                                                    Page

3  Najib Mohamed (Video)                                        1309

4  Sharif Abdi (Video)                                          1314

5  Christopher Chang
   Direct Examination by Mr. Dratel                             1336
6

7
                            E x h i b i t s
8
   Exhibits        Description                       For ID    In Evd
9  A               Photo                             1315      1315
   B               Photo                             1315      1315
10 C               Deed (Somali)                     1316      1316
   C-1             Deed (English)                    1316      1316
11 GG              DVD                               1319
   HH              DVD                               1319
12 II              DVD                               1319
   Court's 3       FTO designation                   1322
13 TT-130          Transcript                        1338      1338
   TT-131          Transcript                        1345      1345
14 TT-135          Transcript                        1350      1350
   TT-142          Transcript                        1351      1351
15 TT-144          Transcript                        1353      1353
   TT-155          Transcript                        1354      1354
16 TT-191          Transcript                        1355      1355

17

18

19

20

21

22

23

24

25

```
 1  Volume 9 - Friday, February 8, 2013

 2  Witnesses                                              Page

 3  Christopher Chang
    Cross-Examination by Mr. Ward                          1375
 4  Redirect Examination by Mr. Dratel                     1403

 5  Abukar Dahir (Suryare) Mohamed (Video)                 1408

 6
                            E x h i b i t s
 7
    Exhibits       Description                    For ID   In Evd
 8  D              Form                           1410     1410
    E              ILEYS document                 1410     1410
 9  F              ILEYS document                 1410     1410
    D-T            Translation of Exhibit D       1412     1412
10  E-T            Translation of Exhibit E       1412     1412
    K              Police document                1420     1420
11  K-T            Translation of Exhibit K       1420     1420
    L              Deponent's ID                  1421     1421
12

13

14

...

25
```

```
 1  Volume 10 - Monday, February 11, 2013

 2  Witnesses                                            Page

 3  Halima Ismail Ibrahim
    Direct Examination by Ms. Fontier                    1436
 4  Cross-Examination by Mr. Cole                        1471

 5  Abdi Elmi
    Direct Examination by Mr. Dratel                     1483
 6  Cross-Examination by Mr. Ward                        1527
    Redirect Examination by Mr. Dratel                   1547
 7  Recross-Examination by Mr. Ward                      1553
    Further Redirect Examination by Mr. Dratel           1554
 8
    Abukar Dahir (Suryare) Mohamed (Video)               1556
 9

10                       E x h i b i t s

11  Exhibits        Description                    For ID    In Evd
    I               Photo                          1457      1457
12  MM              Photo                          1494      1495
    TT-121          Transcript                     1511      1511
13  TT-123          Transcript                     1511      1511
    TT-124          Transcript                     1511      1511
14  TT-126          Transcript                     1511      1511
    TT-128          Transcript                     1511      1511
15  TT-134          Transcript                     1511      1511
    TT-136          Transcript                     1511      1511
16  TT-140          Transcript                     1511      1511
    TT-140-A        Transcript                     1511      1511
17  TT-141          Transcript                     1511      1511
    TT-143          Transcript                     1511      1511
18  TT-148-A        Transcript                     1511      1511
    TT-156          Transcript                     1511      1511
19  TT-162          Transcript                     1511      1511
    TT-167-A        Transcript                     1511      1511
20  TT-167-B        Transcript                     1511      1511
    TT-169-A        Transcript                     1511      1511
21  TT-169-B        Transcript                     1511      1511
    TT-171          Transcript                     1511      1511
22  TT-196-A        Transcript                     1511      1511
    TT-198          Transcript                     1511      1511
23  MMM-1           Transcript                     1511      1511
    MMM-2           Transcript                     1511      1511
24  AN-1-T          Transcript                     1511      1511
    AN-2-T          Transcript                     1511      1511
25  AN-3            CD                             1511      1511
    AN-122-T        Transcript                     1511      1511
```

```
 1  Volume 10 - Monday, February 11, 2013, cont'd

 2  AN-125-T         Transcript                      1511    1511
    AN-127-T         Transcript                      1511    1511
 3  AN-186-T         Transcript                      1511    1511
    OO               Transcript                      1517
 4  PP               Transcript                      1520
    QQ               Photo                           1526
 5  136-S            Transcript                      1547    1547
    204              Photo - Withdrawn               1577    1577
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  Volume 11 - Tuesday, February 12, 2013

 2  Witnesses                                      Page

 3  Abukar Dahir (Suryare) Mohamed (Video)         1596

 4  Sheik Abdul Rahman Geedow Qorow (Video)        1597

 5  Osman Isse Nuur (Video)                        1607

 6

 7                      E x h i b i t s

 8  Exhibits      Description               For ID    In Evd
    203           WITHDRAWN                 1603
 9  204           WITHDRAWN                 1603
    AN-53-S1      Spreadsheet               1605      1605
10  AN-53-S2      Spreadsheet               1605      1605
```

```
 1  Volume 12 - Wednesday, February 13, 2013
                   Thursday, February 14, 2013
 2                 Friday, February 15, 2013

 3

 4  Witnesses                                            Page

 5  Abdisalam Yusuf Guled
    Direct Examination by Mr. Dratel                     1667
 6  Cross-Examination by Mr. Cole                        1711
    Redirect Examination by Mr. Dratel                   1716
 7  Recross-Examination by Mr. Cole                      1720

 8  Hassan Guled (Video)                                 1729

 9
                         E x h i b i t s
10
    Exhibits        Description                 For ID   In Evd
11  JJ              Email (Header only)         1688     1690
    KK              Photograph                  1691     1691
12  NN              Photo                       1695
    UU              Photograph                  1698     1698
13  VV              Photograph                  1698     1698
    WW              Photograph                  1698     1698
14  RR              Photograph                  1701     1701
    PP              Photograph                  1701     1701
15  QQ                                                   1701
    Court's 4       Stipulation                 1734
16

17

18

19

20

21

22

23

24

25
```

1  Volume 13 - Tuesday, February 19, 2013

2                                                        Page
   Jury Instructions by the Court               1781 - 1805
3  Closing Argument by Mr. Cole                 1807 - 1857
   Closing Argument by Mr. Dratel               1858 - 1901
4  Closing Argument by Ms. Moreno               1904 - 1923
   Closing Argument by Mr. Ghappour             1923 - 1936
5  Closing Argument by Mr. Durkin               1936 - 1953
   Rebuttal Argument by Mr. Cole                1954 - 1977
6  Concluding Jury Instructions by the Court    1977 - 1980

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   Volume 14 - Wednesday, February 20, 2013
                 Thursday, February 21, 2013
 2               Friday, February, 22, 2013

 3                                                    Page

 4   Verdict                                          2010
```