```
 1                    United States District Court

 2                   Southern District of California

 3

 4   UNITED STATES OF AMERICA,      )
                                    )
 5                  Plaintiff,      )
                                    )
 6       vs.                        ) Case No. 10-CR-4246 JM
                                    )
 7   BASAALY SAEED MOALIN,          ) Thursday, January 17, 2013
     MOHAMAD MOHAMAD MOHAMUD        ) Telephonic Status Hearing
 8   ISSA DOREH,                    )
     AHMED NASIR TAALIL MOHAMUD,    )
 9                                  )
                    Defendants.     )
10   _____)

11
                 Before the Honorable Jeffrey T. Miller
12                    United States District Judge
```

21  Official Court Reporter: Debra M. Henson, CSR, RPR
22                           U.S. Courthouse
                             333 W. Broadway, Suite 420
                             San Diego, CA  92101
23                           (619) 238-4538

25              Record produced by stenographic reporter

```
 1  Appearances

 2  For the Government:      Laura E. Duffy
                             UNITED STATES ATTORNEY
 3                           William P. Cole
                             Caroline P. Han
 4                           ASSISTANT U.S. ATTORNEYS
                             Steven Ward, Trial Attorney
 5                           U.S. DEPARTMENT OF JUSTICE
                             880 Front Street, Suite 6293
 6                           San Diego, CA  92101

 7  For the Defendants:
    (Mr. Moalin)             Joshua L. Dratel, Esq.
 8                           OFFICE OF JOSHUA L. DRATEL
                             2 Wall Street, Third Floor
 9                           New York, NY  10005

10  (Mr. M. Mohamud)         Linda Moreno, Esq.
                             LINDA MORENO, P.A.
11                           P.O. Box 10985
                             Tampa, FL  33679
12
    (Mr. Doreh)              Ahmed Ghappour, Esq.
13                           LAW OFFICES OF AHMED GHAPPOUR
                             P.O. Box 20367
14                           Seattle, WA  98102

15  (Mr. A. Mohamud)         Thomas A. Durkin, Esq.
                             DURKIN & ROBERTS
16                           2446 N. Clark Street
                             Chicago, IL  60614

17

18

19

20

21

22

23

24

25
```

1        <u>San Diego, California - Thursday, January 17, 2013</u>
2          (The following proceedings were had telephonically.)
3          (The defendants are not present.)
4          THE COURT:  Counsel, good morning to all of you.  I
5    think we may have problems with our new telephone system.  I
6    think we're using Voice Over Internet Protocol or some form
7    or variation of that.  Can you all hear me?
8          (Counsel responded.)
9          THE COURT:  Okay. Let's take roll.  This is U.S.
10   versus Moalin, et al.  This is a telephonic status conference
11   with all of the defendants waiving their presence, as I
12   understand it, or with counsel ready to waive the presence of
13   defendants.  Mr. Dratel, are you on the phone?
14         MR. DRATEL:  I am, your Honor.  And Mr. Moalin
15   waives his presence.
16         THE COURT:  Okay.  Thank you.  Ms. Fontier, are you
17   on the phone?
18         MR. DRATEL:  No, she's in court, your Honor, so I'm
19   going to --
20         THE COURT:  Okay, Mr. Dratel.  Thank you.  And do
21   we have Ms. Moreno for defendant Mohamud?
22         MS. MORENO:  Yes, your Honor.  Good morning to you.
23         THE COURT:  Good morning.  Good morning.  Are you
24   prepared to waive the presence of Mr. Mohamud?
25         MS. MORENO:  Yes, I -- I guess I wasn't heard.

1   Yes, so waived, your Honor.
2           THE COURT:  Okay.  Yes, it's -- we're speaking
3   individually at this point.  And if anyone has any difficulty
4   hearing me, please let me know.  So far I think we're okay.
5   Mr. Ghappour, are you with us?
6           MR. GHAPPOUR:  Yes, your Honor.  Good morning.
7           THE COURT:  Good morning.  And are you waiving the
8   appearance of Mr. Doreh?
9           MR. GHAPPOUR:  Yes, your Honor.
10          THE COURT:  Okay.  Mr. Durkin, are you with us?
11          MR. DURKIN:  I'm here, Judge.
12          THE COURT:  Okay.  Very good.  And are you willing
13  to waive the appearance of Ahmed Mohamud?
14          MR. DURKIN:  Ahmed Nasir Taalil Mohamud, yes.
15          THE COURT:  Okay.  Very good.  Thank you.  May I
16  have the appearances of counsel for the government, please.
17          MR. COLE:  Judge, yes.  William Cole, Caroline Han,
18  and Steve Ward.
19          THE COURT:  Okay.  Very good.  Thank you for all
20  being with us here on this telephonic conference on very
21  short notice; I truly appreciate it.  And it's a very limited
22  issue that I wanted to discuss with you this morning.
23          As you know, we set a status conference for Friday,
24  the 25th of this month, in the morning, and most of you will
25  be appearing in person, and there may be one or more of you

appearing telephonically, which is fine.  We set this very recently, as you know, at the last hearing we had on the 10th where we addressed motions in limine and other matters.  I set the matter for the 25th with the concurrence of all counsel without considering the availability of a Somali interpreter.

The trial begins on the 28th, and I was informed by the head of interpreters that one of the interpreters who would be coming out and would be joining us -- I think we have two interpreters -- won't be here until either late Saturday, perhaps early Sunday morning, and will not be available for the status conference on the 25th.

Now, there's only one individual, one of the defendants, who utilizes the services of the interpreter, that being -- I believe it's Mohamad Mohamud, the -- defendant number 2; I don't know that it's Ahmed Mohamud.

MS. MORENO:  No, your Honor, that's not correct.  It's Mr. Durkin's client, Mr. Mohamud, defendant number 4.

THE COURT:  Okay.  Very good.  Thank you.  I knew it was one of the Mohamuds.  And so that is potentially a bit of a logistical issue.  As I see it, there are a couple of possibilities here.  Mr. Durkin, you -- if you'd like, you can waive the appearance of your client at that status conference on the 25th, although I don't even know if we had talked about the need to have defendants there; I would like

1  to have them there, if possible.  But in any event, you could
2  waive the appearance of your client or waive the presence of
3  the interpreter on that particular day, the 25th.  I think
4  your client understands some English, although he prefers
5  obviously his native language, his Somali language.  Any
6  thoughts, Mr. Durkin?
7            MR. DURKIN:  Judge, if all the defendants are
8  coming, I would prefer that he come, and I would certainly
9  waive the interpreter as long as you let me know -- if he
10 gives me a hand signal, and I can go over and talk to him.
11           THE COURT:  Okay.  Well, that way we can go forward
12 on the 25th.  You know, I don't think we were contemplating
13 discussing anything of substance, any material matter of
14 substance on the 25th; we were using that as a backup date
15 just to address, you know, issues that might arise,
16 last-minute matters that need to be addressed.
17           If you wanted to waive the presence of all
18 defendants, I think that would be appropriate.  If you'd like
19 to have all defendants present, that's appropriate as well,
20 and then we'll have Mr. Ahmed Mohamud, Mr. Durkin's client,
21 present as well but without the interpreter present.  Any
22 preferences?  Mr. Dratel?
23           MR. DRATEL:  Your Honor, at this point without
24 speaking to Mr. Moalin, I'd prefer to just defer that.  What
25 we can do is obviously, you know, as we come closer to that

1  -- I guess it's eight days away -- but the thing is perhaps
2  within the next few days we can make a decision as we can
3  always -- you know, it's always easier to sort of turn that
4  off than to turn it back on again, you know, in terms of a
5  production order.  So we'll let the Court know early next
6  week.
7              THE COURT:  That's fine.  But we do need to give
8  the marshals as much --
9              MR. DURKIN:  I would --
10             THE COURT:  -- advance notice as possible.  Ms.
11 Moreno, any thoughts?  Ms. Moreno?
12             MS. MORENO:  Your Honor, Mr. Durkin was talking.
13 I'm sorry.
14             THE COURT:  Oh, Mr. Durkin, please.
15             MR. DURKIN:  I'm sorry, Judge.  There's some
16 background noise that I think is cutting us off.  But if it's
17 not an imposition, I would prefer to have my client there if
18 that's not an imposition.
19             THE COURT:  Okay.  That's fine.  I tell you what.
20 We'll just plan to have all defendants present, and then
21 we'll go forward on the 25th as planned.  And it's understood
22 that Mr. Durkin is waiving the presence of or the need for
23 any interpreter only as to that particular date, that
24 conference on the 25th.  I think that basically addresses the
25 issue that I wanted to discuss with everyone.  I assume the

1  government has no position on this, Mr. Cole?
2          MR. COLE:  That's right, your Honor.
3          THE COURT:  Okay.  All right.  Then that kind of
4  wraps it up for me at this point.  Was there anything else
5  anyone needed to address at this time?
6          MR. DRATEL:  Your Honor, yes -- this is Mr.
7  Dratel -- just two things.  I just wanted to confirm or at
8  least just ask the Court for -- if this is correct -- and we
9  talked about this among ourselves with counsel, but I think I
10 have the right dates now -- but it's my understanding that
11 the Court intends to take the first and third Fridays of
12 February for its calendar, and then we would not be sitting.
13 And the reason I ask is there are -- I'm trying to
14 accommodate a couple judges back here who want to have some
15 progress on cases, and my appearance is necessary; so if I
16 could schedule something on one of those dates, I could make
17 it back here in time for that, and --
18         THE COURT:  That's fine, that's fine, Mr. Dratel.
19 Yes, the first and third Fridays of February will be dark for
20 trial; that would be February 1st and February 15th.  What
21 was the other matter?
22         MR. DRATEL:  The other matter was in terms of
23 Friday's conference, we have it set right now for 11 a.m.,
24 and -- and I'm just offering this to the Court to make a
25 decision; I'm not -- which is because of the following little

1  conundrum about logistics -- is the only direct flight that I
2  can get out of here at this point is -- you know, I've been
3  looking at this -- is 11 -- it arrives at about 11:40 in the
4  morning.  I can take a flight that has a connecting flight
5  and certainly arrives -- the one that gets in at ten o'clock.
6  I just want to alert the Court to that because it's always
7  more of an issue when you have to have two planes be on time
8  rather than one, so I'd just leave it to the Court as to
9  whether to push back a little or leave it at 11:00 and I'll
10 just take the connecting flights.
11             THE COURT:  Well, what time is the nonstop flight
12 due into San Diego?
13             MR. DRATEL:  11:43 a.m.
14             THE COURT:  Which means we're not to get going
15 until -- by the time that comes in and you get situated and
16 all, it's going to be probably closer to 12:30 or one
17 o'clock.  It's not going to be a long hearing obviously; I'm
18 not anticipating that it will be.  Would it be more
19 convenient for everyone if we started at 1:00 in the
20 afternoon?
21             MR. DURKIN:  Yes, that would be.
22             MR. COLE:  That's fine with the United States.
23             THE COURT:  All right.  Any objection to one
24 o'clock on the 25th?
25             MS. MORENO:  No.

1        THE COURT:  Hearing no objection, then we'll just
2   trail this status conference to one o'clock on the 25th.
3        MR. DRATEL:  Thank you, your Honor.  I greatly
4   appreciate it.
5        THE COURT:  Okay.  Sure.  All right.  Anything else
6   before we sign off, counsel?
7        MR. DURKIN:  Yes, Judge.  There was one other issue
8   Mr. Cole and I discussed.  I was going to send a letter, and
9   then I realized we had this call today.  With respect to the
10  trial briefs, are you asking everyone -- are you ordering
11  everyone to file a trial brief or is it -- did you just set
12  the date if trial briefs wanted to be filed?
13       THE COURT:  I just set the date, Mr. Durkin.  It
14  would be helpful I think to get trial briefs from everyone,
15  either individual briefs or a joint brief that everyone has
16  signed off on.
17       MR. DURKIN:  Mr. Cole and I discussed this issue,
18  and I'm considering if you'd consider it.  The government has
19  no objection if we want to wait two days to file our trial
20  brief after we see the government's brief.  Would you have
21  any problem with that, Judge?
22       THE COURT:  No, I wouldn't.  I wouldn't.
23       MR. DURKIN:  I think some defendants may want to
24  file by the 22nd, but it would be easier for me, I'm
25  thinking, if we could wait till after the trial -- after the

1  government's.
2          THE COURT:  That's fine.
3          MR. DURKIN:  Be okay?
4          THE COURT:  That's fine.  I just need them -- I
5  need them with some advance time to study them before we
6  begin the trial.
7          MR. DURKIN:  That's fine.  Great.  Thank you.
8          THE COURT:  All right.  So what date would you be
9  looking for to file your -- the defense brief then, Mr.
10 Durkin?
11         MR. DURKIN:  I was thinking that if the
12 government's is filed by the 22nd, we would file ours, you
13 know, the -- before the status hearing on the 25th, probably
14 the night before.
15         THE COURT:  Well, that won't give me much time to
16 review it, but we'll take our best crack at it.  I've got to
17 wrap this up, counsel; I've got another matter, and I've got
18 to leave the courtroom here at about ten to 12:00, so I've
19 got to sign off unless there's another matter that's really
20 urgent.  Anything further?
21         MR. DRATEL:  No, your Honor.  Thanks very much.
22         THE COURT:  Okay.  All right then.  We'll see
23 everybody on the 25th at one o'clock.
24     (The proceedings were concluded.)
25

Certificate of Reporter

I hereby certify that I am a duly appointed, qualified, and acting Official Court Reporter for the United States District Court; that the foregoing is a true and correct transcript of the proceedings had in the mentioned cause on the date or dates listed on the title page of the transcript; and that the format used herein complies with the rules and requirements of the United States Judicial Conference.

Dated February 27, 2014 at San Diego, California.


                              /s/ Debra M. Henson   (electronic)
                              Debra M. Henson
                              Official Court Reporter