1

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |
| 2 | |
| | BEFORE THE HONORABLE JEFFREY T. MILLER, JUDGE PRESIDING |
| 3 | |

```
                                    ) CASE NO. 10CR4246-JM
UNITED STATES OF AMERICA,           )
                                    )
            PLAINTIFF,              )
                                    )
        -V-                         )
                                    ) SAN DIEGO, CALIFORNIA
BASAALY SAEED MOALIN,               ) JUNE 10, 2013
MOHAMED MOHAMED MOHAMUD,            ) 2:40 P.M.
ISSA DOREH,                         )
AHMED NASIR TAALIL MOHAMUD,         )
                                    )
            DEFENDANTS.             )
_____)
```


REPORTER'S TRANSCRIPT OF PROCEEDINGS
TELEPHONIC STATUS CONFERENCE


APPEARANCES:

FOR THE GOVERNMENT:   LAURA E. DUFFY, UNITED STATES ATTORNEY
                      BY:  WILLIAM P. COLE, ESQ.
                           CAROLINE PINEDA HAN, ESQ.
                      ASSISTANT U.S. ATTORNEYS
                      880 FRONT STREET
                      SAN DIEGO, CALIFORNIA 92101
                      DEPARTMENT OF JUSTICE

                      BY:  STEVEN PHILLIP WARD, ESQ.
                      ASSISTANT U.S. ATTORNEY
                      DEPARTMENT OF JUSTICE
                      NATIONAL SECURITY DIVISION
                      950 PENNSYLVANIA AVENUE N.W.
                      WASHINGTON, DC 20530

JUNE 10, 2013

```
 1    FOR DEFENDANT MOALIN:      LAW OFFICES OF ALICE L. FONTIER
                                 BY:  ALICE L. FONTIER, ESQ.
 2                               369 LEXINGTON AVENUE
                                 SECOND FLOOR, #224
 3                               NEW YORK, NEW YORK 10017

 4                               LAW OFFICE OF JOSHUA DRATEL
                                 BY:  JOSHUA L. DRATEL, ESQ.
 5                               2 WALL STREET, 3RD FLOOR
                                 NEW YORK, NEW YORK 10005

 6
      FOR DEFENDANT M. MOHAMUD:  LAW OFFICE OF LINDA MORENO
 7                               BY:  LINDA MORENO, ESQ.
                                 PO BOX 10985
 8                               TAMPA, FLORIDA 33679

 9    FOR DEFENDANT DOREH:       CIVIL RIGHTS CLINIC
                                 BY:  AHMED GHAPPOUR, ESQ.
10                               727 E. DEAN KEETON STREET
                                 AUSTIN, TEXAS 78705

11
      FOR DEFENDANT A. MOHAMUD:  DURKIN & ROBERTS
12                               BY:  THOMAS A. DURKIN, ESQ.
                                      JANIS D. ROBERTS, ESQ.
13                               2446 NORTH CLARK STREET
                                 CHICAGO, ILLINOIS 60614

14

15

16

17

18

19

20

21

22    OFFICIAL REPORTER:   JEANNETTE N. HILL, C.S.R.
                           (619) 702-3905
23

24

25
```

JUNE 10, 2013

1          **SAN DIEGO, CALIFORNIA; MONDAY, JUNE 10, 2013; 2:40 P.M.**

2     (COUNSEL APPEARING TELEPHONICALLY)

3               **THE COURT:**  GOOD AFTERNOON, EVERYONE.  I HOPE YOU CAN

4     ALL HEAR ME.

5               **MR. DRATEL:**  YES, YOUR HONOR.

6               **MS. FONTIER:**  YES, YOUR HONOR.

7               **MS. MORENO:**  YES, YOUR HONOR.

8               **THE COURT:**  WHAT I'M GOING TO DO IS CALL THE CASE,

9     AND THEN YOU CAN EACH RESPOND, INDICATING YOUR ATTENDANCE BY

10    NAME.  THAT WOULD BE APPRECIATED.  AND THEN ANY TIME YOU NEED

11    TO SPEAK, PLEASE STATE YOUR NAME SO THAT OUR RECORD IS CLEAR.

12              THIS IS U.S. VERSUS MOALIN, 10CR4246, A TELEPHONIC

13    CONFERENCE CONCERNING THE RESCHEDULING OF THE SENTENCINGS FOR

14    ALL FOUR DEFENDANTS.

15              THE RECORD SHOULD REFLECT THAT I HAVE RECEIVED A

16    LETTER FROM MR. DRATEL, DATED JUNE 4, 2013, SUGGESTING, IF NOT

17    REQUESTING, THAT SENTENCING BE PUT OVER FROM JUNE 26TH, 2013,

18    ITS CURRENT DATE, TO SOMETIME IN MID OCTOBER OF THIS YEAR.  IT

19    IS THIS LETTER THAT PROMPTED THIS TELEPHONE CONFERENCE, AT MY

20    URGING.

21              MAY I PLEASE HAVE EACH OF THE ATTORNEYS STATE THEIR

22    APPEARANCES.  AND WHEN IT COMES TO DEFENSE COUNSEL, I WOULD

23    APPRECIATE YOU INDICATING THAT YOU'RE WAIVING THE PRESENCE OF

24    YOUR RESPECTIVE CLIENT.  OBVIOUSLY, THIS BEING ONLY A

25    SCHEDULING MATTER, I THINK THAT WOULD BE PERFECTLY APPROPRIATE.

4

1    FURTHER, THE SYSTEM WE'RE USING REALLY DOESN'T ALLOW

2    FOR LONG NARRATIVES, SUCH AS I AM ENGAGING IN RIGHT NOW.  SO

3    PLEASE KEEP YOUR RESPONSES FAIRLY SHORT, WITH BREAKS, SO IF

4    SOMEBODY NEEDS TO RESPOND, WE CAN DO THAT EFFECTIVELY.

5    OKAY.  WITH THE APPEARANCES, LET ME START WITH

6    MR. COLE AND/OR MR. HAN.

7    **MR. COLE:**  YES, YOUR HONOR.  WILLIAM COLE AND CAROLYN

8    HAN AND STEVEN WARD, FOR THE UNITED STATES.

9    **THE COURT:**  THANK YOU.

10    NEXT.

11    **MR. DRATEL:**  GOOD AFTERNOON, YOUR HONOR.  JOSHUA

12    DRATEL FOR MR. MOALIN, AND ALICE FONTIER IS ALSO ON THE CALL.

13    **THE COURT:**  THANK YOU.

14    **MS. FONTIER:**  GOOD AFTERNOON, YOUR HONOR.

15    **MS. MORENO:**  GOOD AFTERNOON, YOUR HONOR.  LINDA

16    MORENO ON BEHALF OF MR. MOHAMED MOHAMUD, WHO IS WAIVING HIS

17    APPEARANCE.

18    **MR. DRATEL:**  I'M SORRY, YOUR HONOR.  THIS IS

19    MR. DRATEL AGAIN.  YES, WE WAIVE MR. MOALIN'S APPEARANCE.

20    **THE COURT:**  GREAT.  THANK YOU.  GOOD AFTERNOON.

21    **MR. GHAPPOUR:**  GOOD AFTERNOON, YOUR HONOR.  AHMED

22    GHAPPOUR ON BEHALF OF ISSA DOREH, WHO IS WAIVING HIS

23    APPEARANCE.

24    **THE COURT:**  THANK YOU.

25    **MR. DURKIN:**  JUDGE, TOM DURKIN AND JANIS ROBERTS ON

JUNE 10, 2013

1    BEHALF OF MR. AHMED MOHAMUD, WHO IS ALSO WAIVING HIS APPEARANCE

2    TODAY.

3            **THE COURT:**  ALL RIGHT.  THANK YOU, COUNSEL.

4            FIRST OF ALL, I'M GOING TO ASK MR. DURKIN TO SPEAK UP

5    A LITTLE BIT IN THE FUTURE.  I WAS ABLE TO GET THAT, BUT I

6    DON'T THINK YOUR CONNECTION IS QUITE AS GOOD AS THE OTHERS,

7    MR. DURKIN.

8            I APOLOGIZE FOR MY VOICE.  I HAVE A LITTLE BIT OF

9    LARYNGITIS RIGHT NOW SO I MAY NOT SOUND LIKE MYSELF, BUT HERE I

10   AM.

11           OKAY.  LET ME TELL YOU WHAT MY CONCERNS ARE.  FIRST

12   OF ALL, OBVIOUSLY, THIS CASE HAS BEEN FILED FOR SOME PERIOD OF

13   TIME.  I KNOW EVERYONE IS INTERESTED IN RESOLVING THIS CASE --

14   THAT IS, GETTING THIS CASE TO COMPLETION AS QUICKLY AS

15   POSSIBLE.  THAT GOES WITHOUT SAYING.

16           LET ME SAY THIS:  I HAVE NO DIFFICULTY WITH PUTTING

17   THE MATTER OVER -- THAT IS, THE SENTENCINGS -- FOR A REASONABLE

18   PERIOD OF TIME.  I AM VERY CONCERNED ABOUT GOING ALL THE WAY

19   OVER TO OCTOBER AS THE NEXT CALENDAR DATE.  I'LL TELL YOU WHY.

20           FIRST OF ALL, IT'S USUALLY MY CUSTOM TO TAKE OFF MOST

21   OF THE MONTH OF OCTOBER.  I DON'T HAVE THOSE PLANS DOWN EXACTLY

22   NOW, BUT CERTAINLY I WOULD ANTICIPATE THAT THERE WOULD BE A

23   STRONG LIKELIHOOD I WOULD NOT BE AVAILABLE FROM EARLY OCTOBER,

24   PERHAPS THROUGH THE END OF OCTOBER.  SO WHAT I WOULD LIKE TO DO

25   IS GET THIS BACK ON CALENDAR SOME TIME BEFORE OCTOBER.

1          NOW, IN MR. DRATEL'S LETTER, HE REFERS TO

2     MR. GHAPPOUR COMMENCING A TRIAL IN SEPTEMBER IN DALLAS.  I

3     DON'T KNOW WHAT DATE THAT IS, I DON'T KNOW WHAT THE LENGTH OF

4     IT IS, BUT IT SEEMS TO ME THAT THE BEST TIME TO HAVE THESE

5     SENTENCINGS RESET WOULD BE IN SEPTEMBER.  AND I WOULD CERTAINLY

6     WORK WITH COUNSEL.

7          OBVIOUSLY, YOU, MR. GHAPPOUR, TO SCHEDULE THE

8     SENTENCINGS ANY DAY OF THE WEEK SO THAT IF YOU WERE NOT

9     OTHERWISE ENGAGED, YOU COULD TAKE A QUICK TRIP TO SAN DIEGO.

10    WE COULD DO A MONDAY OR A FRIDAY HEARING.  THAT IS MY PRIMARY

11    CONCERN.

12         AND WHOEVER WOULD LIKE TO RESPOND FIRST, PLEASE GO

13    AHEAD.

14         **MR. GHAPPOUR:**  THIS IS MR. GHAPPOUR.  I AM AMENABLE

15    TO THAT.  AND IF WE WERE TO PICK A DAY OF THE WEEK, I WOULD

16    PREFER A MONDAY, IF POSSIBLE.

17         **THE COURT:**  ARE YOU SAYING THAT ANY MONDAY IN

18    SEPTEMBER WOULD BE AGREEABLE?  SO LONG AS WE CAN MAKE IT A

19    MONDAY, WOULD IT AT LEAST DIMINISH ANY DIFFICULTIES FOR YOUR

20    CALENDAR?

21         **MR. GHAPPOUR:**  YES, YOUR HONOR.  AND PREFERABLY, IF

22    IT'S AT ALL POSSIBLE, TO THE 2ND OF SEPTEMBER.  THAT WOULD BE

23    GREAT.

24         **MS. FONTIER:**  THAT IS LABOR DAY.

25         **MR. GHAPPOUR:**  OH, THAT IS LABOR DAY.  EXCELLENT.

JUNE 10, 2013

1  HOW ABOUT THE 3RD OF SEPTEMBER?

2         **MS. FONTIER:**  SORRY TO INTERJECT.  THIS IS ALICE

3  FONTIER.  I AM GOING TO BE OUT OF THE COUNTRY FROM

4  SEPTEMBER 2ND THROUGH THE 9TH.  I WILL BE RETURNING ON THE

5  10TH.

6         **THE COURT:**  OKAY.  WHAT ABOUT SEPTEMBER 16?

7         **MR. GHAPPOUR:**  FINE HERE.

8         **MR. DURKIN:**  JUDGE, WE HAVE A PROBLEM WITH A TRIAL

9  STARTING --

10         **MS. ROBERTS:**  THE NEXT DAY.

11         **MR. DURKIN:**  -- SEPTEMBER 17TH IN CHICAGO.  AND IT'S

12  A MULTI-DEFENDANT CASE.

13         **THE COURT:**  WHAT ARE THE CHANCES OF THAT GOING,

14  MR. DURKIN?

15         **MR. DURKIN:**  I THINK PRETTY STRONG.  THE DEFENDANTS

16  ARE IN CUSTODY AND IT'S VERY LIKELY THAT IT WILL GO.

17         BUT I WAS GOING TO RAISE A SEPARATE ISSUE.  I HAD

18  TALKED TO BOTH MR. DRATEL AND MR. COLE ABOUT WHETHER OR NOT MY

19  CLIENT COULD BE SENTENCED AFTER MR. DRATEL'S CLIENT.  MY

20  UNDERSTANDING IS THE GOVERNMENT DOESN'T OBJECT TO THAT, AND I

21  DON'T THINK MR. DRATEL DOES, EITHER.  AND I THINK IT WOULD BE

22  VERY BENEFICIAL FOR MY CLIENT IF I COULD DO IT THAT WAY.

23         I THINK THERE COULD BE A POSSIBILITY OF MITIGATING

24  EVIDENCE THAT I COULD INTRODUCE.  SO I WOULD ASK THAT

25  REGARDLESS OF MY SCHEDULE.  BUT I THINK THIS TRIAL IS PRETTY

8

1    FIRMLY SET, JUDGE.  IT'S AT LEAST TWO WEEKS.  IT'S A FAIRLY

2    HIGH-PROFILE CASE INVOLVING STATE COURT ALLEGATIONS OF

3    TERRORISM IN THE NATO PROTESTS, AND THE JUDGE IS KEEPING US

4    UNDER A VERY, VERY TIGHT --

5              **THE COURT:**  MR. DURKIN, WHAT TIME DOES THAT START?

6    WHAT DATE IN SEPTEMBER DOES THAT START?

7              **MR. DURKIN:**  IT STARTS ON THE 17TH.

8              **THE COURT:**  WELL, I'M NOT WEDDED TO HAVING ALL FOUR

9    DEFENDANTS GO FORWARD ON THE SAME DATE.  THAT WOULD BE OPTIMAL,

10   OBVIOUSLY, BUT IF CIRCUMSTANCES DON'T ALLOW FOR THAT THEN THEY

11   DON'T ALLOW FOR IT.

12             IT SOUNDS TO ME AS THOUGH THE OTHER THREE DEFENDANTS,

13   HOWEVER, COULD GO FORWARD ON THE 16TH OR THE 17TH.  IS THAT

14   TRUE?

15             **MR. DRATEL:**  THAT IS CORRECT, YOUR HONOR.  THIS IS

16   MR. DRATEL FOR MR. MOALIN.  CERTAINLY THAT IS THE CASE.

17             **MR. GHAPPOUR:**  YOUR HONOR, THIS IS MR. GHAPPOUR FOR

18   MR. DOREH.  I ALSO HAVE AN INCREDIBLY HIGH-PROFILE TRIAL

19   STARTING ON THE 3RD OF SEPTEMBER -- OR IT'S SLATED TO START ON

20   THE 3RD OF SEPTEMBER.  MY CLIENT IS THE ALLEGED UNOFFICIAL

21   SPOKESPERSON FOR THE HACKING COLLECTIVE ANONYMOUS.  IT'S

22   BASICALLY WORLD NEWS.

23             BECAUSE I JUST MADE AN APPEARANCE ON THE CASE ABOUT A

24   MONTH AGO, IT'S LOOKING LIKE IT WILL BE A MONTH TRIAL.  SO

25   WHILE I WILL ACCOMMODATE THE COURT IN ANY WAY I CAN, TO THE

1  EXTENT THAT MR. DURKIN HAS A LATER DATE, IF IT GOES INTO

2  OCTOBER, I WOULD VERY MUCH APPRECIATE ALSO BEING BUMPED, IF

3  THAT'S POSSIBLE.  IF NOT, OF COURSE, I CAN ACCOMMODATE THE

4  COURT.

5          **THE COURT:**  WHAT ABOUT AUGUST?  WHAT ABOUT LATE

6  AUGUST?

7          **MR. GHAPPOUR:**  YOUR HONOR, ARE YOU TALKING DIRECTLY

8  TO ME, MR. GHAPPOUR?

9          **THE COURT:**  I'M TALKING TO EVERYONE.

10         **MR. DRATEL:**  YOUR HONOR, THIS IS MR. DRATEL.  LATE

11 AUGUST MAY BE A PROBLEM BECAUSE THE TRIAL THAT BEGINS JULY 15,

12 WE JUST LEARNED FRIDAY AT A PRETRIAL CONFERENCE THAT THE

13 GOVERNMENT ANTICIPATES THAT ITS CASE WILL BE FOUR WEEKS OF

14 PRESENTATION.  WE ANTICIPATE NOT ONLY JURY SELECTION LASTING A

15 FEW DAYS -- BECAUSE THE CASE WAS SUBJECT TO SOME RECENT ADVERSE

16 PUBLICITY -- BUT ALSO THAT WE HAVE A DEFENSE CASE IN WHICH THE

17 DEFENDANT MAY VERY WELL TESTIFY.

18         SO I DON'T WANT TO SCHEDULE SOMETHING IN LATE AUGUST

19 AND THEN COME BACK TO THE COURT AND SAY WE'RE STUCK WITH A JURY

20 OUT, OR EVEN STILL ON TRIAL THROUGH THE LAST PART OF AUGUST.

21 THE 16TH OF SEPTEMBER IS SUFFICIENTLY OUT THERE THAT I AM

22 CONFIDENT THAT THERE WON'T BE A PROBLEM.

23         **THE COURT:**  OKAY.  YOU KNOW, PART OF THE ISSUE IS --

24 AND I KNOW YOU ALL APPRECIATE THIS -- YOU ARE ALL VERY BUSY,

25 AND CERTAINLY THE COURT HAS OTHER MATTERS IT HAS TO DEAL WITH.

1          YOU KNOW, THIS CASE SHOULD TAKE PRIORITY, IN MY

2     VIEW -- A HIGH PRIORITY WITH ALL OF YOU, FOR REASONS THAT ARE

3     TOO OBVIOUS TO EVEN PUT ON THE RECORD.  ALL OF THESE FOLKS ARE

4     AWAITING SOME KIND OF FINAL DISPOSITION IN THE CASE SO THAT

5     THEIR APPEALS CAN MOVE FORWARD AND THEY CAN LOOK FORWARD TO THE

6     NEXT CHAPTER OF THIS CASE.

7          BECAUSE YOU ARE ALL SO BUSY AND YOU HANDLE

8     HIGH-PROFILE CASES AND RELATIVELY LENGTHY CASES, IT SEEMS THAT

9     WE'RE ALWAYS GOING TO HAVE THE POTENTIAL FOR ONE OR MORE OF THE

10    PARTIES NOT BEING AVAILABLE AT ANY GIVEN POINT IN TIME.  AND

11    WHAT I SEEM TO BE HEARING IS THAT AUGUST IS OUT.  AND I CAN

12    APPRECIATE THAT.  SEPTEMBER BECOMES DICEY FOR MR. GHAPPOUR, AND

13    THEN FOR MR. DURKIN FOR OTHER REASONS.  OCTOBER, A GOOD PART OF

14    OCTOBER I'M GOING TO BE OUT.  AND THEN ALL OF A SUDDEN WE ARE

15    IN THE HOLIDAY SEASON, NOVEMBER AND DECEMBER.

16         SO THIS CASE COMMENCED IN JANUARY OF THIS YEAR --

17    THAT IS, WE BEGAN TRIAL AT THE END OF JANUARY OF THIS YEAR.

18    AND I CERTAINLY DON'T WANT THE SENTENCING MATTERS TO GO OVER

19    FOR A PERIOD OF TIME APPROACHING A YEAR.  SO I WANT TO WORK

20    WITH ALL COUNSEL, AND I WANT TO GET THIS CASE COMPLETED AT THE

21    EARLIEST POSSIBLE TIME, WHILE ACCOMMODATING YOUR SCHEDULE AND

22    NEED TO BE IN OTHER PLACES IN OTHER SIGNIFICANT MATTERS.

23         MR. GHAPPOUR, IT MAY COME DOWN TO YOUR CASE GETTING

24    PUT OVER FOR A PERIOD OF TIME, WHICH IS ALWAYS POSSIBLE.  I WAS

25    LOOKING AT THE COURT NUMBERS FOR THESE CASES, AND THEY SEEM TO

JUNE 10, 2013

1  BE 2013 -- CASES FILED IN 2012 AND 2013.  SO THEY ARE NOT TOO

2  OLD AT THIS POINT, I'M ASSUMING.

3          BUT IN ANY EVENT, I'M LOOKING, THEN, AT THE DATE OF

4  EITHER SEPTEMBER 16 OR 17, IF THAT IS EASIER.

5          **MR. GHAPPOUR:**  YOUR HONOR, THIS IS MR. GHAPPOUR.  I

6  CAN ACCOMMODATE THE 16TH, IF THAT WOULD BE EFFICIENT.

7          **THE COURT:**  OKAY.

8          **MS. MORENO:**  YOUR HONOR, THIS IS LINDA MORENO ON

9  BEHALF OF MR. MOHAMED.  I CAN ALSO BE PRESENT ON

10  SEPTEMBER 16TH.  THAT WORKS FOR ME.

11          **THE COURT:**  OKAY.  THEN WE'LL WORK WITH THAT DATE OF

12  SEPTEMBER 16 FOR ALL OF THE DEFENDANTS, WITH THE EXCEPTION OF

13  MR. DURKIN'S CLIENT.

14          AND, MR. DURKIN, I'M GOING TO HAVE TO SET A DATE FOR

15  HIM.

16          **MR. DURKIN:**  I WAS GOING TO SUGGEST IF YOU COULD GIVE

17  ME SEPTEMBER 30TH.  I THINK EVEN IF I'M NOT DONE, IF I GIVE THE

18  JUDGE ENOUGH ADVANCE NOTICE, THAT I COULD COME ON THAT SUNDAY

19  AND COME BACK THAT NIGHT.  SO THE 30TH WOULD WORK FOR US.

20          **THE COURT:**  OKAY.  GOOD ENOUGH.  THEN LET'S GO WITH

21  THE 16TH FOR THE FIRST THREE DEFENDANTS, AND THEN THE 30TH OF

22  SEPTEMBER FOR MR. DURKIN'S CLIENT.

23          AND, MR. COLE, I ASSUME THAT YOU WILL BE AVAILABLE --

24  YOU AND YOUR COLLEAGUES WILL BE AVAILABLE ON THOSE TWO DATES?

25          **MR. COLE:**  YES, YOUR HONOR.

JUNE 10, 2013

1    **THE COURT:**  OKAY.  WHAT I'M GOING TO DO, THEN, IS TO

2    GET OUT A NEW SCHEDULING ORDER.  AND THEN I'LL WORK WITH THOSE

3    TWO DATES AND I'LL BACK UP THE OTHER DATES.  LET ME SEE WHAT

4    OTHER DATES YOU SUGGESTED HERE, MR. DRATEL.  WELL, I TELL YOU

5    WHAT.  I WILL JUST GET OUT A SCHEDULING ORDER WITH ALL OF THE

6    DATES SET FORTH.  THE PSR HAS ALREADY BEEN PROVIDED FOR EACH

7    DEFENDANT FOR OBJECTIONS TO THE PSR, CORRECTIONS, ADDITIONS,

8    AND THEN FOR THE SENTENCING MEMORANDUM AND OTHER DOCUMENTATION

9    COMING IN.  OKAY.

10    **MR. DURKIN:**  THANK YOU, JUDGE.

11    **THE COURT:**  I THINK WE'RE SQUARED WITH EVERYONE.

12    DOES ANYONE ELSE NEED TO MAKE ANY COMMENT OR

13    SUGGESTIONS AT THIS POINT?  IF SO, GO AHEAD.

14    **MR. DRATEL:**  YOUR HONOR, THIS IS MR. DRATEL.  DID YOU

15    SET A TIME FOR THE 16TH?

16    **THE COURT:**  YES.  ALL TIMES WILL BE 9:00 A.M.  SO IT

17    WILL BE SEPTEMBER 16.  THAT'S A MONDAY, AT 9:00 A.M.

18    SAME FOR MR. DURKIN.  SEPTEMBER 30TH AT 9:00 A.M.

19    **MR. DRATEL:**  OKAY.  VERY GOOD.  THANK YOU, YOUR

20    HONOR.

21    **THE COURT:**  ALL RIGHT.  LOOK FOR THE ORDER AND THEN I

22    THINK THAT'S ABOUT IT.

23    THANKS, COUNSEL, TO ALL OF YOU, FOR BEING AVAILABLE

24    FOR THIS CONFERENCE.

25    **MR. DRATEL:**  THANK YOU, YOUR HONOR.  FEEL BETTER.

JUNE 10, 2013

1          **THE COURT:**  ENJOY THE SUMMER.

2          **MS. FONTIER:**  THANK YOU, YOUR HONOR.

3     (PROCEEDINGS CONCLUDED AT 2:57 P.M.)

4                          CERTIFICATION

5          I HEREBY CERTIFY THAT I AM A DULY APPOINTED,
      QUALIFIED AND ACTING OFFICIAL COURT REPORTER FOR THE UNITED
6     STATES DISTRICT COURT; THAT THE FOREGOING IS A TRUE AND CORRECT
      TRANSCRIPT OF THE PROCEEDINGS HAD IN THE AFOREMENTIONED CAUSE
7     ON JUNE 10, 2013; THAT SAID TRANSCRIPT IS A TRUE AND CORRECT
      TRANSCRIPTION OF MY STENOGRAPHIC NOTES; AND THAT THE FORMAT
8     USED HEREIN COMPLIES WITH THE RULES AND REQUIREMENTS OF THE
      UNITED STATES JUDICIAL CONFERENCE.

9

10    DATED:      3/17/14, AT SAN DIEGO, CALIFORNIA.

11              S/N_____
                JEANNETTE N. HILL, OFFICIAL REPORTER, CSR NO. 11148
12

13

14

15

16

17

18

19

20

21

22

23

24

25

                          JUNE 10, 2013