

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 10 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> BASAALY SAEED MOALIN, <br><br> Defendant - Appellant. | No. 13-50572 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MOHAMED MOHAMED MOHAMUD, <br><br> Defendant - Appellant. | No. 13-50578 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ISSA DOREH, <br><br> Defendant - Appellant. | No. 13-50580 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |

MH/APPCOMM                                      1 3-50572, 13-50578, 13-50580,14-50051

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50051 |
| Plaintiff - Appellee, | D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego |
| v. | |
| AHMED NASIR TAALIL MOHAMUD, | |
| Defendant - Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner

Pursuant to the April 8, 2014 case management conference, appeal numbers 13-50572, 13-50578, 13-50580, and 14-50051 are consolidated.  The Clerk shall change the court's docket to so reflect.

The district court's February 25, 2011 amended protective order (docket number 56) to prevent certain sensitive but unclassified discovery materials from being disclosed without limitation to persons not parties to the court proceedings in this matter, and the district court's September 17, 2012 protective order (document number 198) to prevent the unauthorized use, disclosure or dissemination of classified national security information and documents, shall continue in effect on appeal.  *See* Section 3 of the Classified Information Procedures Act, 18 U.S.C. App. 3; Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025,

by the Chief Justice of the United States for the Protection of Classified Information; Fed. R. Crim. P. 16(d).

The parties are granted leave to file separate classified and unclassified briefs on appeal. Appellants' opening briefs are due December 5, 2014. The government's answering brief is due February 5, 2015. Appellants' optional reply briefs are due March 20, 2015.

Appellants are encouraged to join in a single brief and to avoid repetitive presentations of common facts and issues to the greatest extent practicable. *See* 9th Cir. R. 28-4, -5; Cir. Adv. Comm. N. to R. 28-4. Any party who wishes to file an oversized unclassified brief or a supplemental individual unclassified brief shall file, on or before the due date for the brief, a motion for leave to file the brief accompanied by a copy of the proposed brief and a certification as to the brief's word count. *See* 9th Cir. R. 32-1, 32-2; 9th Cir. Form 8. Motions for leave to file oversized classified briefs or supplemental individual classified briefs need not be accompanied by copies of the proposed brief.

The parties shall file the classified briefs in camera and under seal with Winfield S. "Scooter" Slade, Classified Information Security Officer, United States Department of Justice, (202) 514-9016, Scooter.Slade@usdoj.gov, as the designee of the Clerk of the Court. At the time of making a physical submission to the

Security Officer, counsel shall file on the public record in the CM/ECF system a notice of filing that notifies the Court that a filing has been made.

Appellants' counsel each may submit an interim voucher for compensation under the Criminal Justice Act without filing a motion for such relief: (1) after August 20, 2014; (2) after the opening brief is filed; and (3) after the reply brief is filed. *See* 9th Cir. R. 4-1(f). Any interim voucher should be accompanied by a copy of this order. After the court submits the appeals for disposition, appellants' counsel may submit vouchers without leave of court. *Id*.

The Clerk shall forward to the Appellate Commissioner all motions for procedural relief filed before these appeals are calendared.