DAVID J. ZUGMAN
California Bar No. 190818
964 Fifth Avenue, Suite 300
San Diego, California  92101-5008
Telephone:  (619) 699-5931
Facsimile:  (619) 699-5932
dzugman@gmail.com

Attorney for Mohamed Mohamed Mohamud

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10cr4246-JTM |
| Plaintiff, | Court of Appeals No. 13-50572, 13-50578, 13-50580, and 14-50051 |
| v. | |
| MOHAMED MOHAMED, MOHAMUD, (2), | DECLARATION OF DAVID ZUGMAN IN SUPPORT OF MOTION TO JOIN |
| AHMED NASIR TAALIL, MOHAMUD, (4) | |

I, David Zugman, declare as follows

1.  The 9th Circuit appointed me to represent Mohamed Mohamed Mohamud in the appeal of his criminal case; the Court appointed Benjamin Coleman to represent Ahmed Nasir Taalil Mohamud;

2.  Today, Counsel for Mr. Doreh, Elizabeth Missakian, filed a motion to obtain transcripts which are currently sealed in connection with this appeal;

3.  Mr. Mohamud seeks the same relief as Mr. Doreh; he too would like a copy of the sealed transcripts to review in connection with his appeal;

4.   I have communicated with Mr. Coleman and he also would like a copy of the sealed transcripts;

5.   Counsel for Mr. Doreh filed a motion to obtain a copy of the sealed transcript; Mr. Mohamed Mohamed Mohamud and Mr. Ahmed Nasir Taalil Mohamud seek the same relief as Mr. Doreh and join his motion;

6.   I believe that the issue of review of any sealed transcripts has been previously discussed with the Government and that the Government does not object to Appellate Counsel receiving a copy of these transcripts for review in connection with the appeal;

7.   Counsel will treat the sealed materials with the appropriate confidentiality and will not disclose them to persons outside the case and will file them under seal should they be necessary to submit to the 9th Circuit;

8.   A proposed order is being submitted to Chambers.

Respectfully Submitted

DATE: April 22, 2014
s/David Zugman
DAVID J. ZUGMAN
ATTORNEY FOR MR. MOHAMUD

DATE: April 22, 2014
S/BENJAMIN L. COLEMAN
BENJAMIN L. COLEMAN
ATTORNEY FOR MR. MOHAMUD