```
                  UNITED STATES DISTRICT COURT

                SOUTHERN DISTRICT OF CALIFORNIA


        BEFORE HONORABLE JEFFREY T. MILLER, JUDGE PRESIDING

_____
                              )   CASE NO. 10CR4246-JM
UNITED STATES OF AMERICA,     )
             PLAINTIFF.       )   SAN DIEGO, CALIFORNIA
                              )
                              )   WEDNESDAY, SEPTEMBER 11, 2013
                              )        1:30 P.M. CALENDAR
BASAALY SAEED MOALIN,         )
MOHAMED MOHAMED MOHAMUD,      )
ISSA DOREH,                   )
AHMED NASIR TAALIL MOHAMUD    )
             DEFENDANTS.      )
_____)


                 REPORTER'S TRANSCRIPT OF PROCEEDINGS

                  TELEPHONIC SCHEDULING CONFERENCE
```

REPORTED BY:              LEE ANN PENCE,
                          OFFICIAL COURT REPORTER
                          UNITED STATES COURTHOUSE
                          333 WEST BROADWAY ROOM 1393
                          SAN DIEGO, CALIFORNIA 92101

```
COUNSEL APPEARING:

FOR PLAINTIFF:          LAURA E. DUFFY,
                        UNITED STATES ATTORNEY
                        BY:  WILLIAM P. COLE
                             CAROLINE P. HAN
                        ASSISTANT U.S. ATTORNEYS
                        880 FRONT STREET
                        SAN DIEGO, CALIFORNIA 92101

FOR DEFENDANTS:         JOSHUA L. DRATEL, ESQ.
 (MR. MOALIN)           ALICE FONTIER,ESQ.
                        OFFICE OF JOSHUA L. DRATEL
                        2 WALL STREET, THIRD FLOOR
                        NEW YORK, NEW YORK 10005


 (MR. MOHAMED MOHAMUD)  LINDA MORENO,ESQ.
                        LINDA MORENO, P.A.
                        P.O. BOX 10985
                        TAMPA, FLORIDA 33679


 (MR. DOREH)            AHMED GHAPPOUR, ESQ.
                        LAW OFFICES OF AHMED GHAPPOUR
                        P.O. BOX 20367
                        SEATTLE, WASHINGTON 98102


 (MR. AHMED MOHAMUD)    THOMAS ANTHONY DURKIN, ESQ.
                        2446 NORTH CLARK STREET
                        CHICAGO, ILLINOIS 60614
```

```
 1  SAN DIEGO, CALIFORNIA - WEDNESDAY SEPTEMBER 11, 2013 1:30 P.M.
 2                              *   *   *
 3        THE CLERK:  CALLING MATTER 1 ON CALENDAR, 10CR4246,
 4  U.S.A. VERSUS BASAALY SAEED MOALIN, MOHAMED MOHAMED MOHAMUD,
 5  ISSA DOREH, AHMED NASIR MOHAMUD; SET FOR A TELEPHONIC
 6  SCHEDULING CONFERENCE.
 7        THE COURT:  THIS IS JUDGE MILLER SPEAKING.  WELCOME
 8  TO ALL OF YOU.  WE JUST CALLED THE CASE OF U.S. VERSUS MOALIN.
 9        AND CAN YOU HEAR ME OKAY RIGHT NOW?
10        MR. DRATEL:  YEAH, GREAT RIGHT NOW, YOUR HONOR.
11        MS. MORENO:  YES, YOUR HONOR.
12        MS. ROBERTS:  YES, JUDGE.
13        THE COURT:  WHAT I WILL ASK YOU TO DO, FIRST OF ALL,
14  IS TO STATE YOUR APPEARANCES.  AND IT IS PROBABLY BETTER THAT
15  YOU STATE YOUR APPEARANCES AND THEN SPEAK IN THE ORDER OF YOUR
16  CLIENTS.  AND THEN WE WILL HEAR FROM THE GOVERNMENT LASTLY.
17        THEN I WOULD JUST ASK THAT WHENEVER YOU ARE SPEAKING
18  THAT YOU STATE YOUR NAME BEFORE SPEAKING.  WE HAVE ANOTHER
19  REPORTER TODAY ASSISTING US, AND SHE IS NOT TOO FAMILIAR WITH
20  THE VOICES.  SO I WOULD GREATLY APPRECIATE YOU ANNOUNCING YOUR
21  NAME BEFORE YOU DO SPEAK.
22        THEN, FINALLY, WITH THIS SYSTEM THAT WE HAVE, I HAVE
23  NOTICED IN THE PAST THAT WHEN ONE PERSON IS SPEAKING IT IS
24  VERY DIFFICULT FOR ANOTHER PERSON TO BREAK IN.  SO IF YOU TEND
25  TO GO WITH A MONOLOGUE, IT IS REALLY HARD TO STOP.
```

SEPTEMBER 11, 2013

1         SO I WOULD ASK EVERYONE, INCLUDING MYSELF -- I WILL
2    TRY TO LIVE BY MY OWN SUGGESTION HERE -- TO TAKE A BREATH
3    EVERY FEW SENTENCES TO SEE IF THERE IS A RESPONSE OR SOMEONE
4    ELSE NEEDS TO BE HEARD.
5         SO LET'S GO FORWARD WITH THE APPEARANCES, FIRST OF
6    ALL.  START WITH MR. DRATEL.
7         **MR. DRATEL:**  GOOD AFTERNOON, YOUR HONOR.  JOSHUA
8    DRATEL, D-R-A-T-E-L, FOR MR. MOALIN.
9         I DON'T KNOW IF ALICE IS ON THE CALL OR NOT.
10        **MS. FONTIER:**  SHE IS.
11        **MR. DRATEL:**  OKAY.  GREAT.  SO ALICE FONTIER IS
12   ALSO ON THE CALL, F-O-N-T-I-E-R.
13        **THE COURT:**  THANK YOU.
14        **MS. FONTIER:**  GOOD AFTERNOON, YOUR HONOR.
15        **THE COURT:**  GOOD AFTERNOON.
16        **MS. MORENO:**  GOOD AFTERNOON, YOUR HONOR.  LINDA
17   MORENO ON BEHALF OF MR. MOHAMUD.
18        **THE COURT:**  GOOD AFTERNOON MS. MORENO.  GOOD TO HEAR
19   FROM YOU, GOOD TO HEAR YOUR VOICE.
20        THESE ARE FAMILIAR VOICES, AND IT IS NICE TO HEAR
21   ALL OF YOU.
22        GO AHEAD, PLEASE.
23        **MR. GHAPPOUR:**  GOOD AFTERNOON, YOUR HONOR.  AHMED
24   GHAPPOUR ON BEHALF OF ISSA DOREH.  AND THAT IS A-H-M-E-D.  AND
25   G-H-A-P-P-O-U-R.

SEPTEMBER 11, 2013

|    |    |
|---|---|
| 1  | **THE COURT:**  THANK YOU, MR. GHAPPOUR. |
| 2  | WE DO HAVE THE CALENDAR IN FRONT OF US, SO WE HAVE |
| 3  | ALL OF THE SPELLINGS, THE COURT REPORTER IS ABLE TO REFER TO |
| 4  | THAT.  THANK YOU. |
| 5  | I ASSUME MR. DURKIN IS NEXT UP. |
| 6  | **MS. ROBERTS:**  JUDGE, THIS IS JANIS ROBERTS. |
| 7  | MR. DURKIN IS HERE IN THE OFFICE BUT HE IS ON ANOTHER |
| 8  | CONFERENCE CALL.  HE MAY BE JOINING US SHORTLY ON BEHALF OF |
| 9  | AHMED NASIR TAALIL MOHAMUD. |
| 10 | **THE COURT:**  THANK YOU, MS. ROBERTS. |
| 11 | FROM THE GOVERNMENT. |
| 12 | **MR. COLE:**  YES, YOUR HONOR.  WILLIAM COLE AND |
| 13 | CAROLINE HAN FOR THE UNITED STATES. |
| 14 | STEVEN WARD COULD NOT ATTEND.  HE HAD TO UNDERGO |
| 15 | SOME SURGERY RECENTLY AND HE IS NOT AVAILABLE TODAY. |
| 16 | **THE COURT:**  ALL RIGHT.  THANK YOU VERY MUCH. |
| 17 | WELL, WE ARE DISCUSSING THE VIABILITY OF THE DATES |
| 18 | THAT WERE PREVIOUSLY SET FOR THE MOTION, THE JOINT MOTION FOR |
| 19 | NEW TRIAL THAT WAS JUST RECENTLY FILED, AS WELL AS SENTENCING |
| 20 | HEARINGS FOR ALL DEFENDANTS, CONDITIONAL SENTENCING HEARINGS. |
| 21 | AND UPON FURTHER REFLECTION OF THESE DATES AND BEING |
| 22 | AWARE OF THE CONSIDERATION OF ALL COUNSEL AND THE DESIRE TO |
| 23 | MOVE SOME OF THESE DATES, I THINK IT WOULD BE APPROPRIATE TO |
| 24 | MODIFY THE SCHEDULE.  AND I HAVE SOME THOUGHTS IN MIND. |
| 25 | BUT FIRST OF ALL, I ASSUME EVERYONE IS ON-BOARD |

| | |
|---|---|
| 1 | WITH, NUMBER ONE, A WAIVER OF THEIR CLIENT'S PRESENCE, BECAUSE |
| 2 | WE ARE DISCUSSING JUST SCHEDULING.  THEN ALSO ON-BOARD WITH |
| 3 | RESPECT TO MODIFYING THE SCHEDULE TO SET SOME LATER DATES. |
| 4 | **MR. DRATEL:**  ON BEHALF OF MR. MOALIN, YES, YOUR |
| 5 | HONOR. |
| 6 | **MS. MORENO:**  ON BEHALF OF MR. MOHAMUD, SO WAIVED AND |
| 7 | JOIN, YOUR HONOR. |
| 8 | **MR. GHAPPOUR:**  ON BEHALF OF MR. DOREH, YES, YOUR |
| 9 | HONOR. |
| 10 | **MS. ROBERTS:**  AND ON BEHALF OF AHMED NASIR MOHAMUD, |
| 11 | YES. |
| 12 | **THE COURT:**  OKAY.  THANK YOU VERY MUCH. |
| 13 | THIS IS WHAT I AM THINKING OF, COUNSEL.  THE MOTION |
| 14 | HAS COME IN.  I THINK, LOOKING AT WHAT WAS ORIGINALLY |
| 15 | SUBMITTED AS A PROPOSED SCHEDULE, LOOKING AT THE NEEDS OF THE |
| 16 | CASE FROM THIS POINT FORWARD, LOOKING AT SUGGESTED DATES FROM |
| 17 | COUNSEL AND THE COURT'S AVAILABILITY, THE FOLLOWING DATES |
| 18 | WOULD APPEAR TO BE INDICATED.  AND WHY DON'T YOU GET READY TO |
| 19 | WRITE THESE DOWN. |
| 20 | THE OPPOSITION TO THE MOTION FOR NEW TRIAL WAS |
| 21 | ORIGINALLY SET TO BE FILED AND SERVED NO LATER THAN SEPTEMBER |
| 22 | 18.  THE NEW PROPOSED DATE OF SEPTEMBER 30 SEEMS TO BE |
| 23 | APPROPRIATE. |
| 24 | THE ORIGINAL DATE FOR THE REPLY WAS SEPTEMBER 23RD, |
| 25 | AND THE NEW DATE OF OCTOBER 7 BEING SUGGESTED BY COUNSEL |

```
 1   APPEARS TO BE APPROPRIATE.
 2          BOTH THE HEARING DATE FOR THE MOTION FOR NEW TRIAL
 3   AND FOR SENTENCINGS GOING FORWARD ORIGINALLY -- I SHOULDN'T
 4   SAY ORIGINALLY, BUT LAST WAS CALENDARED FOR SEPTEMBER 30, AT
 5   LEAST THAT'S WHAT DATE WE PRESENTLY HAVE ON CALENDAR FOR THE
 6   NEW TRIAL MOTION AS WELL AS SENTENCING HEARINGS.
 7          LOOKING AT WHAT HAS BEEN SUBMITTED TO ME BY WAY OF
 8   SUGGESTED DATES, I BELIEVE THAT A DAY SOME TIME DURING THE
 9   WEEK OF NOVEMBER 11TH WOULD BE APPROPRIATE TO HEAR THE JOINT
10   MOTION FOR NEW TRIAL.
11          NOW, NOVEMBER 11 IS VETERANS DAY, AS YOU ALL KNOW,
12   SO WE WOULD BE LOOKING AT THE 12TH OR 13TH AS THE MOST VIABLE
13   DATES FOR THE HEARING ON THE MOTION FOR NEW TRIAL.
14          AND THEN MY SUGGESTION WOULD BE THAT WE ALLOW A
15   PERIOD OF TIME BETWEEN THE MOTION HEARING DATE AND THE DATE
16   THAT ARE CONDITIONALLY BEING SET FOR THE SENTENCING HEARINGS
17   GOING AHEAD.
18          AND MY SUGGESTION WOULD BE THAT WE HAVE A DATE SET
19   SOMETIME DURING THE FOLLOWING WEEK, THE WEEK OF NOVEMBER 18,
20   AS A DATE FOR A SENTENCING FOR ALL FOUR DEFENDANTS.  AND
21   OBVIOUSLY THAT IS CONDITIONED UPON THE MOTION FOR NEW TRIAL
22   BEING DENIED.
23          SO, MR. DRATEL --
24      **MR. DRATEL:**  YOUR HONOR --
25      **THE COURT:**  -- I KNOW YOU ARE BUSY, BUT --
```

SEPTEMBER 11, 2013

1            **MR. DRATEL:** UNFORTUNATELY, OR FORTUNATELY, I WAS
2   SUPPOSED TO HAVE A TRIAL THAT GOT MOVED, SO IT IS ACTUALLY
3   CLEAR, SO THOSE TWO WEEKS ARE GOOD.
4            I WOULD PREFER THE 13TH SIMPLY BECAUSE I KNOW THAT
5   FLYING ON THREE-DAY WEEKENDS -- WHICH, YOU KNOW, I WOULD DO,
6   COME OUT THE NIGHT BEFORE.  SOMETIMES FLYING ON THREE-DAY
7   WEEKENDS IS MORE DIFFICULT.  SO IF I COULD FLY OUT THE 12TH
8   AND WE COULD DO IT ON THE 13TH THAT WOULD BE GREAT.  AND
9   WHATEVER DAY THE FOLLOWING WEEK IS GOOD FOR EVERYONE.  I AM
10  COMPLETELY FLEXIBLE FOR THOSE DAYS.
11           **THE COURT:**  MS. MORENO.
12           **MS. MORENO:**  YOUR HONOR, I AGREE.  I AM OPEN ON THE
13  13TH.  AND FLYING AS MUCH AS I DO, I AGREE WITH JOSH'S
14  ASSESSMENT.  SO I AM OPEN ON THE 13TH.
15           WITH RESPECT TO THE SENTENCING THE WEEK OF THE 18TH,
16  FROM THE 20TH ON I WILL BE IN LONDON.  BUT I COULD DEFINITELY
17  BE IN COURT ON THE 18TH, YOUR HONOR.
18           **THE COURT:**  OKAY.
19           **MS. MORENO:**  FOR SENTENCING.
20           **THE COURT:**  OKAY.  VERY GOOD.
21           AND YOU, AS WELL, MR. DRATEL, I KNOW.
22           **MR. DRATEL:**  YES.
23           **THE COURT:**  AND MR. GHAPPOUR?
24           **MR. GHAPPOUR:**  YOUR HONOR, I AM FREE, AND I DO ALSO
25  PREFER THE 13TH.  I TEACH ON THE 12TH AND THE 14TH, SO THE

SEPTEMBER 11, 2013

```
 1  13TH WOULD BE IDEAL.
 2          I WOULD ALSO PREFER SOMETHING ON THE 18TH OR 19TH
 3  JUST TO REDUCE COSTS FOR THE DEFENSE.
 4          THE COURT:  OKAY.  VERY GOOD.
 5          MS. ROBERTS.
 6          MR. DURKIN:  THIS IS MR. DURKIN.  I AM HERE WITH
 7  HER.  I APOLOGIZE FOR BEING LATE.
 8          THE COURT:  OKAY.
 9          MR. DURKIN:  I AM DEALING WITH A 93-YEAR-OLD FATHER.
10          THE COURT:  OKAY.  THANK YOU, MR. DURKIN.
11          MR. DURKIN:  THE 13TH WOULD BE BETTER FOR US,
12  PARTICULARLY IF WE COULD DO IT IN THE AFTERNOON.  I TEACH THE
13  EVENING OF THE 12TH.  IF I HAVE TO CANCEL THAT I WOULD, BUT I
14  TEACH AT THE LOYOLA CHICAGO LAW SCHOOL ON THE NIGHT OF THE
15  12TH.
16          THAT NEXT WEEK I HAVE A TRIAL SET IN THE NORTHERN
17  DISTRICT OF INDIANA FOR NOVEMBER 19TH, BUT I TOLD MR. COLE AND
18  THE OTHERS, ON FRIDAY WE MOVED TO CONTINUE THAT CASE BASED ON
19  THE HEALTH -- THE PHYSICAL HEALTH OF OUR CLIENT.  I DON'T KNOW
20  WHETHER IT WILL BE GRANTED, THOUGH.  I KNOW THE GOVERNMENT MAY
21  HAVE SOME ISSUES WITH THIS.  BUT THAT IS MY ONLY RESERVATION.
22  I WILL -- THAT WEEK, I AM HOPING THAT IT WILL BE WIDE OPEN.
23          THE COURT:  OKAY.
24          MR. DURKIN:  SO MAYBE IF WE SET IT ON THE 18TH -- I
25  HATE TO HAVE TO DO IT ON -- I WOULD PREFER LATER THAT WEEK,
```

1  BUT IF THE 18TH IS BETTER FOR EVERYONE ELSE, THAT MIGHT WORK.
2           **THE COURT**:  YEAH, SOUNDS LIKE THE 18TH IS THE DATE
3  WE ARE HOMING IN ON.
4           THANK YOU, MR. DURKIN.  I HOPE ALL IS WELL WITH YOUR
5  FATHER.
6           AND MR. COLE?
7           **MR. COLE**:  YES, YOUR HONOR.  THOSE DATES ARE FINE,
8  BOTH THE 13TH AND THE 18TH.
9           **THE COURT**:  OKAY.  NOVEMBER 13, NOVEMBER 18.  OKAY.
10 I THINK WE HAVE GOT THOSE DATES SET, THEN.
11          THERE IS ONLY ONE QUESTION, WHETHER IT IS GOING TO
12 BE A MORNING OR AN AFTERNOON.  AND, LET'S SEE.  FRANKLY, IT
13 WOULD -- EITHER WAY IT IS OKAY, IT IS OKAY FOR ME.
14          IF IT IS BETTER FOR MOST PEOPLE TO HAVE IT IN THE
15 AFTERNOON OF THE 18TH, I AM HAPPY TO GO ALONG WITH THAT.
16          **MR. DURKIN**:  THAT WOULD BE GREAT, JUDGE.  I WOULD
17 PREFER AFTERNOONS BOTH TIMES.
18          **THE COURT**:  ALL RIGHT.
19          AND I ASSUME THAT THE AFTERNOON OF NOVEMBER 13 IS
20 ACCEPTABLE TO EVERYONE ELSE.
21          ARE THERE ANY DISSENTING VOTES?
22          HEARING NO DISSENT, OKAY.  WE WILL SCHEDULE IT FOR
23 NOVEMBER 13 AT 1:30 IN THE AFTERNOON.
24          AND THEN WE NEED TO LOCK IN THE DATE FOR THE
25 SENTENCING HEARINGS.  ASSUMING SENTENCING HEARINGS ARE GOING

1  FORWARD, WE WOULD HAVE FOUR DIFFERENT MATTERS.  AND THAT WOULD
2  BE ON NOVEMBER 18, AND WE SHOULD GET STARTED BY 9:00 A.M. ON
3  THE 18TH.
4          **MS. MORENO:**  I HAVE A QUESTION, YOUR HONOR.  THIS IS
5  LINDA MORENO.
6          **THE COURT:**  YES.
7          **MS. MORENO:**  IF SENTENCING PROCEEDS ON NOVEMBER 18TH
8  WOULD THE COURT THEN AMEND THE DUE DATE FOR THE SENTENCING
9  MEMORANDUM TO TWO WEEKS PREVIOUS?
10         **THE COURT:**  WELL, YOU KNOW, I DON'T KNOW WHAT IS
11 COMING IN.  LET'S SEE, THAT WOULD BE -- WHAT YOU ARE
12 SUGGESTING, MS. MORENO, IS -- WE ARE TALKING ABOUT
13 NOVEMBER 18.  THAT IS A MONDAY.  ALL SENTENCING MATERIALS IN
14 BY NOVEMBER 4TH.
15         IF I -- IF THAT'S GOING TO BE A FIRM DATE WITHOUT
16 ANYONE SLIPPING ANY MATERIALS IN LATER THAN THAT, I WILL SAY
17 OKAY.  BECAUSE WHAT I WILL PROBABLY END UP DOING IS LOOKING AT
18 EVERYTHING, ONCE THESE DOCUMENTS ARE FILED.  AND SO -- AND
19 PREPARING FOR THE MOTION FOR NEW HEARING AS WELL AS THE
20 SENTENCING HEARINGS.  SO TWO WEEKS BEFORE IS FINE.
21         THAT WOULD ALSO -- WELL, LET ME ASK THIS.
22         MR. COLE, ARE YOU CONTEMPLATING FILING SOME KIND OF
23 A RESPONSE TO SENTENCING MATERIALS THAT COME IN, SENTENCING
24 PAPERS COMING IN FROM THE DEFENSE?
25         **MR. COLE:**  WELL, YOUR HONOR, WE WOULD FILE A

1  SENTENCING MEMORANDUM TWO WEEKS -- ON NOVEMBER 4TH, THAT'S THE
2  DATE SET, WE WILL FILE OUR SENTENCING MEMORANDUM AND OUR
3  SENTENCING SUMMARY CHARTS THAT DAY.
4  		OUR SENTENCING MEMORANDUM WILL PROBABLY ANTICIPATE
5  SOME OF THE DEFENSE ARGUMENTS, JUST FROM THEIR OBJECTIONS TO
6  THE P.S.R.  AND SO WE WOULD HAVE TO SEE THEIR MEMORANDUM TO
7  DETERMINE WHETHER THERE IS ANYTHING LEFT THAT WOULD REQUIRE A
8  SEPARATE RESPONSE.
9  		BUT CERTAINLY IF YOU WANT TO PROVIDE A DATE FOR US
10  TO RESPOND WE CAN, OR IT COULD BE SIMULTANEOUS MEMORANDUM, I
11  GUESS.  YOU KNOW, WHICHEVER IS THE COURT'S PREFERENCE.
12  		**THE COURT:**  WELL, ASSUMING THAT ONE SIDE OR THE
13  OTHER WOULD WANT TO RESPOND TO PAPERS FILED BY THE OPPOSITION,
14  IT MIGHT MAKE SENSE, THEN, TO HAVE THE SENTENCING MATERIALS
15  DUE OCTOBER 28TH, ALL SENTENCING MATERIALS OCTOBER 28.  THEN
16  ANY REPLY PAPERS NO LATER THAN NOVEMBER 4, SO I WOULD BE
17  PUSHING THAT UP ONE WEEK.
18  		**MS. FONTIER:**  THAT'S FINE.
19  		**MR. DRATEL:**  THAT IS FINE.
20  		**THE COURT:**  IS THAT ACCEPTABLE TO ALL DEFENSE
21  COUNSEL?
22  		**MR. GHAPPOUR:**  YEAH, THAT IS FINE.
23  		**MS. MORENO:**  YES, YOUR HONOR.
24  		**MR. DURKIN:**  YES, YOUR HONOR.
25  		**THE COURT:**  OKAY.  THERE BEING NO DIFFICULTIES OR

```
 1  DISSENTS, ALL SENTENCING MATERIALS, ALL SENTENCING PAPERS ARE
 2  TO BE FILED AND SERVED NO LATER THAN OCTOBER 28.  AND THEN
 3  THERE WOULD BE ONE WEEK FOR REPLY, DUE TO BE FILED AND SERVED
 4  NO LATER THAN NOVEMBER 4.  OKAY.  I THINK WE HAVE GOT IT.
 5          ARE THERE ANY OTHER MATTERS RELATED TO SCHEDULING
 6  THAT I HAVEN'T ADDRESSED THAT NEED TO BE ADDRESSED?
 7          MR. COLE:  YOUR HONOR, THIS IS WILLIAM COLE.
 8          MAYBE I JUST MISSED IT, DID YOU SET AN ACTUAL TIME
 9  FOR THE 13TH?
10          THE COURT:  YES.  1:30 IN THE AFTERNOON.
11          MR. COLE:  1:30.  OKAY.
12          THE COURT:  THEN FOR THE 18TH IT IS 9:00 A.M.
13          MR. COLE:  OKAY.
14          THE COURT:  I ASSUME COUNSEL WILL BE RETURNING, WILL
15  ARGUE THE MATTER ON NOVEMBER 13 AND THEN RETURN NOT STAYING
16  OVER UNTIL THE 18TH.  AM I CORRECT?
17          MS. FONTIER:  YOUR HONOR, THIS IS ALICE FONTIER.
18          I WAS JUST GOING TO RAISE THIS.  MY INTENTION WOULD
19  BE TO STAY OUT THERE PRIMARILY BECAUSE MR. MOALIN -- AND THIS
20  ALSO PERTAINS TO MR. DOREH.  THEY ARE BOTH NOW AT CALIFORNIA
21  CITY, SO I HAVE NOT HAD ANY ACCESS PERSONALLY TO MEET WITH
22  MR. MOALIN SINCE HE WAS MOVED OUT THERE WHICH HAPPENED
23  PROBABLY ABOUT A MONTH AND A HALF OR TWO MONTHS AGO AT THIS
24  POINT.  I HAVE SPOKEN TO HIM ON THE PHONE, OBVIOUSLY.
25          BUT I WOULD ASK THAT THE -- I DON'T KNOW IF THE
```

```
 1  COURT CAN ORDER THIS OR WHAT THE USUAL THING IS, BUT IF THERE
 2  IS ANY WAY THAT MR. MOALIN CAN BE TRANSFERRED BACK TO GEO AND
 3  KEPT THERE BETWEEN THE 13TH AND THE 18TH THAT WOULD BE MY
 4  REQUEST, SO THAT I CAN MEET WITH HIM.
 5           MR. DRATEL:  YOUR HONOR, THIS IS MR. DRATEL.
 6           I MAY BE DOING THE SAME THING.  I HAVE TO CONFIGURE
 7  IT TO WHAT THE MOST EFFICIENT WAY TO DO THIS, IN OTHER WORDS,
 8  IS WHETHER TO LEAVE AS TO THE 13TH AND THEN COME BACK FOR THE
 9  18TH, OR JUST TO STAY AND POSSIBLY SPEND SOME TIME WITH
10  MR. MOALIN, PERHAPS DO SOME OTHER THINGS THAT I MIGHT BE ABLE
11  TO DO WHILE I AM OUT THERE.  I WILL JUST HAVE TO CONFIGURE
12  THAT.  I DON'T THINK IT SHOULD CHANGE THE SCHEDULE.
13           THE COURT:  OKAY.  WELL, WHAT I WILL DO IS -- NO
14  ASSURANCES HERE.  BUT WHAT I WILL DO IS I WILL SUGGEST TO
15  B.O.P. AND/OR THE MARSHALS THAT IT WOULD BE APPROPRIATE TO
16  HAVE THESE GENTLEMEN KEPT HERE LOCALLY FROM THE 13TH THROUGH
17  THE 18TH.  AND WE WILL SEE.
18           AS I SAY, IT IS ONE OF THOSE AREAS WHERE THE JUDGES
19  DON'T HAVE TOO MUCH CONTROL, BUT I WILL CERTAINLY MAKE THE
20  SUGGESTION.
21           MS. FONTIER:  THANK YOU VERY MUCH, YOUR HONOR.
22           THE COURT:  ALL RIGHT.
23           ANYTHING ELSE, COUNSEL, FROM ANYONE?
24           APPARENTLY NOT.  OKAY.
25           WE WILL BE GETTING OUT A REVISED ORDER, SCHEDULING
```

SEPTEMBER 11, 2013

```
 1  ORDER THEN.  LOOK FOR THAT.  BUT ALL OF THESE DATES AND THE
 2  BRIEFING SCHEDULE WE HAVE DISCUSSED WILL BE INCORPORATED INTO
 3  THE REVISED ORDER.
 4          ALL RIGHT, COUNSEL.  I WISH YOU ALL THE BEST, AND WE
 5  WILL SEE YOU ON THE 13TH OF NOVEMBER.
 6          MS. FONTIER:  THANK YOU, YOUR HONOR.
 7          MR. DRATEL:  THANK YOU, YOUR HONOR.
 8          MR. DURKIN:  THANK YOU.
 9          MR. GHAPPOUR:  THANK YOU, YOUR HONOR.
10          THE COURT:  ALL RIGHT.
11
12                          *   *   *
13          I CERTIFY THAT THE FOREGOING IS A CORRECT
            TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
14          IN THE ABOVE-ENTITLED MATTER.
15          S/LEEANN PENCE                         4/18/2014
16          LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
```

SEPTEMBER 11, 2013