**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff - Appellee,<br><br>  v.<br><br>BASAALY SAEED MOALIN,<br><br>                Defendant - Appellant. | No. 13-50572<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff - Appellee,<br><br>  v.<br><br>MOHAMED MOHAMED MOHAMUD,<br><br>                Defendant - Appellant. | No. 13-50578<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff - Appellee,<br><br>  v.<br><br>ISSA DOREH,<br><br>                Defendant - Appellant. | No. 13-50580<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego |

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

AHMED NASIR TAALIL MOHAMUD,

        Defendant - Appellant.

No. 14-50051

D.C. No. 10-CR-4246-JM
Southern District of California,
San Diego

ORDER

Before: Peter L. Shaw, Appellate Commissioner

     Appellants' unopposed motion for an extension of time to file the opening brief is granted.  Appellants' opening brief is due April 6, 2015.  The government's answering brief is due June 8, 2015.  Appellants' optional reply brief is due July 23, 2015.