**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 25 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> BASAALY SAEED MOALIN, <br><br> Defendant - Appellant. | No. 13-50572 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MOHAMED MOHAMED MOHAMUD, <br><br> Defendant - Appellant. | No. 13-50578 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ISSA DOREH, <br><br> Defendant - Appellant. | No. 13-50580 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |

MH/APPCOMM                                        13-50572, 13-50578, 13-50580,14-50051

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>AHMED NASIR TAALIL MOHAMUD,<br><br>    Defendant - Appellant. | No. 14-50051<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

    Appellants' unopposed motion for an extension of time to file the opening brief is granted.  Appellants' opening brief is due July 31, 2015.  The government's answering brief is due October 2, 2015.  Appellants' optional reply brief is due November 16, 2015.