

**FILED**

**JUL 10 2015**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>BASAALY SAEED MOALIN,<br><br>        Defendant - Appellant. | No. 13-50572<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>MOHAMED MOHAMED MOHAMUD,<br><br>        Defendant - Appellant. | No. 13-50578<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>ISSA DOREH,<br><br>        Defendant - Appellant. | No. 13-50580<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>AHMED NASIR TAALIL MOHAMUD,<br><br>    Defendant - Appellant. | No. 14-50051<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego<br><br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

The parties' unopposed requests for extensions of time to file the opening and answering briefs are granted. Appellants' opening brief is due September 29, 2015. The government's answering brief is due January 27, 2016. Appellants' optional reply brief is due March 14, 2016.