**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 23 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> BASAALY SAEED MOALIN, <br><br> Defendant - Appellant. | No. 13-50572 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MOHAMED MOHAMED MOHAMUD, <br><br> Defendant - Appellant. | No. 13-50578 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ISSA DOREH, <br><br> Defendant - Appellant. | No. 13-50580 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |

MH/APPCOMM                                                     1 3-50572, 13-50578, 13-50580,14-50051

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff - Appellee,<br><br>  v.<br><br>AHMED NASIR TAALIL MOHAMUD,<br><br>             Defendant - Appellant. | No. 14-50051<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego<br><br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

Appellants' unopposed request for a final 30-day extension of time to file the opening brief is granted. Appellants' opening brief is due October 29, 2015. The government's answering brief is due February 29, 2016. Appellants' optional reply brief is due April 14, 2016.