FILED

NOV 13 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> BASAALY SAEED MOALIN, <br><br> Defendant - Appellant. | No. 13-50572 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MOHAMED MOHAMED MOHAMUD, <br><br> Defendant - Appellant. | No. 13-50578 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ISSA DOREH, <br><br> Defendant - Appellant. | No. 13-50580 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |

MH/APPCOMM                              1 3-50572, 13-50578, 13-50580, 14-50051

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>AHMED NASIR TAALIL MOHAMUD,<br><br>　　　　Defendant - Appellant. | No. 14-50051<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego<br><br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

　　A review of appellants' proposed joint opening brief reveals that it may reasonably be shortened.  Accordingly, appellants' unopposed motion for leave to file an oversize joint opening brief consisting of 51,727 words is granted in part.  On or before December 14, 2015, appellants shall file a joint opening brief that does not exceed 45,000 words.  The government's answering brief is due April 15, 2016.  Appellants' optional reply brief is due May 31, 2016.