FILED

MAY 16 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>BASAALY SAEED MOALIN,<br><br>　　　　Defendant - Appellant. | No. 13-50572<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>MOHAMED MOHAMED MOHAMUD,<br><br>　　　　Defendant - Appellant. | No. 13-50578<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>ISSA DOREH,<br><br>　　　　Defendant - Appellant. | No. 13-50580<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego |

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff - Appellee,  v.  AHMED NASIR TAALIL MOHAMUD,  Defendant - Appellant. | No. 14-50051  D.C. No. 10-CR-4246-JM Southern District of California, San Diego  ORDER |

Before: Peter L. Shaw, Appellate Commissioner

Appellants' motion at docket entry 43 for an extension of time to file the joint reply brief is granted. Appellants' joint reply brief is due August 15, 2016.